**DIRKSING, Mark (id #208, dob: 08/19/1976)**

# ADVANCED ALLERGY SERVICES

**DAVID I BERNSTEIN, MD * JONATHAN A BERNSTEIN, MD * JUSTIN C GREIWE, MD**
**4665 E GALBRAITH RD., 2ND FLR, CINCINNATI, OH 45236-2783**
**TEL 513-931-0775 * FAX 1-833-438-4275**
**www.advancedallergyservices.com**

Date: 10/09/2025

RE: Mark Dirsksing
DOB: 08/19/1976

To Whom It May Concern,

I am writing this letter on behalf of my patient, Mark Dirsksing, who is under my care for several chronic and complex medical conditions that significantly impact his daily functioning and quality of life. His diagnoses include:

- Mast Cell Disorder
- Dysautonomia
- Immunoglobulin A (IgA) Deficiency
- Irritable Bowel Syndrome (IBS)
- Post-Cholecystectomy Syndrome
- Gastroesophageal Reflux Disease (GERD)
- Dysphagia
- Chronic Pain Syndrome

Mark experiences a wide range of persistent symptoms that are both physically and emotionally taxing. Among the most disruptive are:

- Chronic diarrhea, nausea, and vomiting, which are exacerbated by both physical stressors and emotional stress. These symptoms have a profound effect on his ability to maintain daily routines, nutritional intake, and social engagement.
- Joint pain, consistent with his chronic pain syndrome, limits mobility and contributes to fatigue and reduced functional capacity.
- Gastrointestinal complications, including symptoms of IBS and post-cholecystectomy syndrome, further complicate nutritional status and contribute to ongoing gastrointestinal discomfort.
- Dysautonomia-related symptoms such as dizziness, palpitations, and fatigue which are unpredictable and require careful management to prevent flares.
- Immune system challenges due to IgA deficiency place him at increased risk for infections and delayed recovery from illnesses.

Together, these conditions create a complex clinical picture that severely affects his quality of life and his ability to work and perform everyday tasks. They require a multidisciplinary approach to manage flare-ups and minimize complications.

Despite the challenges he faces, Mark has been highly compliant with medical recommendations and treatment plans. He has:

**DIRKSING, Mark (id #208, dob: 08/19/1976)**

- Regularly attended follow-up appointments
- Consistently taken prescribed medications
- Followed through with referrals and recommended testing
- Made appropriate lifestyle adjustments in accordance with medical advice

His commitment to managing his health is commendable, particularly given the fluctuating and unpredictable nature of his conditions. He is an engaged and responsible patient who has done his best to mitigate the impact of these chronic illnesses.

Please feel free to reach out to me at my office with any questions 513-931-0775.

Sincerely,



Electronically Signed by: JONATHAN BERNSTEIN, MD