# RE: Paperwork

Ball, Eric R <eric.ball@boone.kyschools.us>
Thu 1/5/2023 9:13 AM
To:Dirksing, Mark <mark.dirksing@boone.kyschools.us>
Cc:Turner, Matthew - Superintendent <matthew.turner@boone.kyschools.us>

Mr. Dirksing,

Mr. Turner has already granted up to 15 days without pay, so all you will need to do moving forward is notify Beth Cox when an unpaid absence related to your medically certified illness.
If you have any additional questions don't hesitate to reach out.

Eric Ball
Director – Human Resources
859-283-3210
Boone County Schools

#Boone2020

#loveKYschools

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee's or a person authorized to deliver it to the named addressee's. It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email so that our address record can be corrected.

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Thursday, January 5, 2023 8:03 AM
**To:** Ball, Eric R <eric.ball@boone.kyschools.us>; Turner, Matthew - Superintendent <matthew.turner@boone.kyschools.us>
**Subject:** Re: Paperwork

Mr. Ball and Mr. Turner,

Kim and I would like to thank you and Mr. Turner for your willingness to work with us during this difficult time. At this point, the only time I will need to take off is February 15th for an appointment and more testing. If any other appointments or tests come up, I will email you.

You stated in your email that only Mr. Turner can grant unpaid days. What is the procedure for taking off for an episode or an appointment? Do I need to email Mr. Turner directly when these occur? I very much appreciate your guidance.

Thank you, again,

Mark Dirksing

**From:** Ball, Eric R <eric.ball@boone.kyschools.us>
**Sent:** Tuesday, December 20, 2022 3:39 PM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Subject:** RE: Paperwork

Mr. Dirksing,

I want to thank you again for providing us with the medical documentation that allowed us to consider your accommodation request. After speaking with Mr. Turner, and considering multiple factors including cost of substitute coverage and impact to the educational process, we believe the following accommodations are reasonable and appropriate:

- 15 days without pay to be used for absences related to the medically certified illness.
- Days without pay for medical evaluations/treatments that require travel and an overnight stay (not to be included in the 15 days listed above.)

**Please note, policy 03.123 states that the Superintendent is the only individual who may grant unpaid leave for the purpose of a personal illness.

As always, we would welcome any feedback regarding the accommodations listed above.

Sincerely,
Eric Ball
Director – Human Resources
859-283-3210
Boone County Schools

#Boone2020

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee's or a person authorized to deliver it to the named addressee's. It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email so that our address record can be corrected.

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Friday, December 9, 2022 10:28 AM
**To:** Ball, Eric R <eric.ball@boone.kyschools.us>; LeCates, Scott [KY] <Scott.LeCates@kea.org>
**Subject:** Paperwork

Dear Mr. Ball,

Thank you for meeting with us on Wednesday. I am attaching a new ADA Accommodations Request for Medical Certification form as well as the forms that you requested: Certification of Health Care Provider for Employee's Serious Health Condition under the Family and Medical

Leave Act & Extended Leave form. As of now, I do not anticipate taking an extended leave unless a surgery or treatment is necessary as a result of my illness.

Like we discussed in the meeting, I have been suffering from the same illness since my cholecystectomy on September 15, 2020. Every sick day and personal day that I have taken since is either a result of the physical symptoms resulting from the cholecystectomy, for doctor's appointments related to the cholecystectomy, or medical and diagnostic testing related to the cholecystectomy. I take multiple medications, receive medical treatments, and adhere to a strict diet to help control the symptoms of Post-Cholecystectomy Syndrome.

Under the ADA designation, I am requesting time off for doctor's appointments, medical treatments, and periods of excessive diarrhea and vomiting related to my illness and continued access to a bathroom and privacy when these episodes occur during the school day. Although the medications, dietary restrictions, and procedures help to minimize my symptoms, I still have periods of breakthroughs. While these are unpredictable, we anticipate these to occur once or twice a month and lasting for one to two days as indicated in the documentation provided by my current gastroenterologist. These requests (leave and access to a bathroom) are considered Reasonable Accommodations according to the Enforcement Guidance on Reasonable Accommodation and Undue Hardship under the ADA | U.S. Equal Employment Opportunity Commission (eeoc.gov).

On December 14, 2022, I have an appointment with a specialist at UC in hopes that a better treatment plan can be developed. I am requesting that my colleagues' donated sick days be released to me to cover my absence on November 30 (excessive diarrhea and vomiting) and on December 14th for this appointment. I will provide the necessary documentation verifying my absence on this date once I have the appointment with the doctor at UC.

As we also discussed in our meeting, our colleagues from Kenton County contacted KDE in the spring of 2022 regarding the transfer of sick days between counties. KDE stated that these days could be transferred provided that both counties agree to the transfer. Kenton County agreed to the transfer however, when they inquired, they were told by Jessica Isaacs, Jerry Gels, and Beth Cox that this would not be possible. I imagine that a sick day transfer like this is similar to one that occurs when sick days are transferred for a teacher transferring to Boone County from another county in Kentucky. I appreciate your investigation into this matter.

Thank you,

Mark Dirksing