Response to Boone County School District's letter dated October 10, 2023

Mr. Mark Dirksing has been a well-respected teacher in the Boone County School District ("the District") for 14 years. During this time, he has been rated as an "Exemplary"[1] teacher by his supervising administrators and has proven success in the classroom as evidenced by the scores his students have earned on the Advanced Placement Literature Exam (at Cooper High School) and their CERT[2] scores (at the Ignite Institute). During the 2021-2022 and 2022-2023 academic years, Mr. Dirksing taught English in the Design College at Ignite. Over the course of these two years, the students in Mr. Dirksing's classes demonstrated measurable growth in their CERT scores and received "the highest CERT scores in the building" per a conversation with Mr. Jerome Gels on or about March 22, 2023. This data can be verified by examining the CERT data for the academic years previously mentioned. As the District indicated in their response to the EEOC charge 473-2023-02217, Mr. Dirksing was absent from school due to his illness for "nearly one-third of his expected work days". Throughout his illness during these two academic years, Mr. Dirksing continued to plan his classes, post assignments and assessments on Canvas (the online learning program used throughout the District), and provide feedback to his students even while on FMLA leave. During this time, Mr. Dirksing's classes were monitored by a substitute teacher or by a colleague who did not provide instruction or feedback to the students. Up until May 5, 2023[3], Mr. Dirksing continued to plan, assign, grade, and communicate with students regarding their progress in his English classes[4]. The District's claim that Mr. Dirksing's students suffered "educational loss" due to his absences is not supported by the achievement data indicated by the CERT scores.

On April 8, 2022, Mr. Dirksing filed for accommodations under the ADA. The Boone County School District's attorney, Claire Parsons, and Matthew C. Smith communicated regarding the filling and accepting of this paperwork. Mr. Dirksing was notified of the District's approval of this request on May 16, 2022. On November 28, 2022, Ms. Beth Cox sent an email (Exhibit 2) to Mr. Dirksing stating that she had received a notification from Carrie Brannen that payroll had received donated days for him. Ms. Cox indicated in this email that Mr. Dirksing was not eligible to receive donated days per KRS 161.155. These donated days (and previously used sick days) were needed to cover his absences resulting from his chronic condition which had been recognized and accepted by the District when the ADA paperwork was accepted in May 2022. Upon receiving this email from Ms. Cox, Mr. Dirksing consulted with a KEA[5] representative who advised Mr. Dirksing to request a meeting with Ms. Cox to discuss receiving the donated days as they were to cover absences as a result of his illness identified in the ADA paperwork. Mr. Eric Ball responded to the email originally sent to Ms. Cox. In subsequent communication, Mr. Ball agreed to meet with Mr. Dirksing, Mrs. Kim Dirksing, and the BCEA representative on December 7, 2022. During the course of this conversation, Mr. Dirksing shared the nature of his illness (under the recommendation of the KEA representative) in order for the District to understand the complexities and nature of it. During this conversation, Mr. Ball indicated that Mr. Dirksing would have to fill out and

---

[1] The highest rating a teacher can earn on the teaching framework used by the District to evaluate teachers.

[2] The College Equipped Readiness Tool (CERT) is a nationally normed test that is aligned with ACT College and Career Readiness Standards which measure students' proficiency in English, Mathematics, Reading, and Science. This test is administered to students throughout the District three times each academic year. From this nationally normed data, school and teachers develop growth goals for their students and modify instruction to address the students' areas of growth.

[3] Mr. Ball's email stating that "you are not required to complete any duties related to your teaching position for the remainder of the 2022-23 school-year. All grading and planning will be taken care of by another employee as assigned by Mr. Gels." Exhibit 1

[4] This can be verified by user analytics on Canvas and Google Drive.

[5] Kentucky Education Association

submit new ADA paperwork in order to receive the donated sick days since the previous ADA paperwork had been accepted by an attorney that no longer was employed by the firm that represented the District. In addition, Mr. Ball asked Mr. Dirksing to outline the accommodations that he was requesting. Mr. Dirksing supplied the ADA paperwork on December 9, 2022 and these accommodations were outlined in the email the District supplied in their response (District's Exhibit E). The District agreed to these accommodations in an email dated January 5, 2023 from Mr. Ball (Exhibit 3). However, Mr. Dirksing's teaching area was not changed to allow him close proximity to a private restroom[6]. The course of the email and in-person correspondence between Mr. Dirksing and the District has been professional and cordial. The District states this on page 5 in their document submitted in response to EEOC Charge Number 473-2023-02217.

On April 13, 2023 at approximately 9:02 am, Dr. Robert Van Haren's office faxed the return to work paperwork to the District's Human Resources department after Mr. Dirksing underwent fundoplication surgery. Mr. Dirksing spoke with Ms. Cox on April 19, 2023 about what paperwork needed to be filled out upon his return to work. Ms. Cox indicated to Mr. Dirksing that Dr. Van Haren had submitted the return to work date as May 29, 2023 and that if he intended to return to work earlier than that date, Dr. Van Haren would need to submit a new form to release Mr. Dirksing to work. As indicated in email correspondence with Mr. Ball (Exhibit 4), Dr. Van Haren repaired a hiatal hernia and various tears in his diaphragm (both the result of incessant vomiting) in addition to the fundoplication. Prior to the surgery on March 31, 2023, Mr. Dirksing could not have anticipated the extent of his physical injuries from his illness when he estimated the amount of time he would need to recover. This was communicated to Ms. Cox and Mr. Ball in an email dated Wednesday, April 26, 2023. In an email dated Friday, April 28, 2023 Mr. Ball indicated to Mr. Dirksing that he would "either need to return to work on 5/1 with a medical release from Dr. Van Haren or take a leave of absence for the remainder of the year". Mr. Dirksing did not read this email until late that day which did not give Mr. Dirksing or Dr. Van Haren's office time to complete and submit the paperwork.

On May 15, 2023, Susanne Hemingway (Financial Administrator at the Ignite Institute) sent an email (Exhibit 5) to the Boone County employees at the Ignite Institute regarding Externship Days[7] worked. In this email, Ms. Hemingway stated "I need answers this morning, so that payroll can be submitted and that your days are correctly entered. This is to make sure since the board will audit to see if all externship/extended days have been completed." Under the directive by Mr. Ball[8], Mr. Dirksing was infrequently checking his email. Due to the timeliness of Ms. Hemingway's email, Mrs. Dirksing submitted the email using information contained within a document that Mr. Dirksing had saved on a flash drive documenting the Externship Days that he had completed (six days) and intended to complete (four more days) upon his return to work date of May 29, 2023. In the District's response to EEOC Charge Number 473-2023-02217, the District asserts on page 5 that "Mr. Dirksing had allegedly worked" these Externship Days and "unilaterally planned to work the remainder over the summer break". The six Externship Days indicated in the email and in the document submitted to Ms. Hemingway were worked

---

[6] See labelled and highlighted floor plan of the Ignite Institute (Exhibit 10)

[7] The teachers at The Ignite Institute are contracted to work 10 Externship Days each year in which they collaborate with business leaders and community partners to forge partnerships between Ignite and the organizations to provide and create workplace relevant curriculum to the students at Ignite.

[8] Mr. Ball's email dated May 5, 2023 (Exhibit 1) and correspondence with Mr. Ball on May 21, 2022 (Exhibit 6) after requesting compensation for work completed while on FMLA.

with several other colleagues from the Design College[9]. Because of Mr. Dirksing's illness, he was unable to complete the other four Externship Days with his colleagues and made arrangements to fulfill this obligation upon his return to work on May 29, 2023. Mr. Gels asked Mrs. Dirksing about Mr. Dirksing's Externship Days in a meeting to discuss her summative observation on or around May 3, 2023. Mr. Gels indicated that he would approve any Externship Days that Mr. Dirksing had arranged.

In an email dated May 30, 2023 (Exhibit 4) Mr. Ball indicated that Mr. Dirksing could not return to work until "Human Resources has received a release to work form from your treating physician that allows you to return to work without restrictions or restrictions that the District can accommodate". In response to this email, Mr. Dirksing replied that Dr. Van Haren's office faxed the paperwork to Human Resource after the fundoplication surgery. In response, Mr. Ball stated "I did confirm that we have not received a return to work note from Dr. Van Haren." Mr. Dirksing contacted Dr. Van Haren's office who confirmed that the return to work paperwork was received via fax on April 13, 2023 at approximately 9:02 am by Boone County Schools Human Resources. Mr. Dirksing replied to Mr. Ball's email stating that Dr. Van Haren's office would fax another copy of the return to work paperwork along with the fax receipt of the original document faxed on April 13, 2023. At 3:25 pm on May 31, 2023, Mr. Ball stated that his office did receive the two return to work faxes submitted by Dr. Van Haren's office. He also stated that he called Dr. Van Haren's office to speak with Amy Knisley to "request a return to work note...outlining the information that the note must include." On June 1, 2023 at 12:25 pm (Exhibit 7), Mr. Ball emailed Mr. Dirksing indicating that they had "received clearance from Dr. Van Haren for [him] to return to work".

Mr. Dirksing had arranged two Externships Days to be completed on May 31, 2023 and June 1, 2023. Because Mr. Ball did not indicate to Mr. Dirksing that he could return to work until 12:25 pm on June 1, 2023, Mr. Dirksing had to cancel these Externship Days. Furthermore, Mr. Gels stated that he had other work that he wanted Mr. Dirksing to complete instead of the days indicated in the document submitted to Ms. Hemingway. As a result of not being able to complete the Externship Days submitted on May 15, 2023 and previously discussed with Mr. Gels, the District deducted approximately $900 from Mr. Dirksing's bank account for what he would have been paid by completing these Externship Days.

At the start of the 2021-2022 academic year, Mr. Gels repeatedly stated to Mr. and Mrs. Dirksing that the District had changed the FMLA rules and qualifications for receiving FMLA protection. Mr. Gels stated that the District was looking to "make an example out of someone" and he "feared this someone might be you (Mr. Dirksing)." This sentiment was repeated many times over the course of the next few months, with Mr. Gels interrupting Mrs. Dirksing's classes to indicate this to her. On October 13, 2021, Mr. Gels approached Mrs. Dirksing after a faculty meeting and asked if Mr. Dirksing had called Human Resources to file the FMLA paperwork and reiterated the fact that the District was looking to make an example out of someone and that Mr. Dirksing would be fired if FMLA paperwork was not filed and Mr. Dirksing did not write a personal letter to Mr. Matthew Turner. The threat of termination of employment was reiterated by Mr. Gels to Mr. and Mrs. Dirksing repeatedly throughout the course of the 2021-2022 academic year. On February 8, 2022 (Exhibit 8), Mrs. Dirksing met with Dr. Julie Whitis and Mr. Gels to provide them with an update on Mr. Dirksing's condition. In this meeting, Mr. Gels reiterated the fact that Mr. Dirksing's position would be terminated and that Mrs. Dirksing needed to

---

[9] Mr. Darrin Smith, Team Leader of Social Studies and Design College, submitted these proposed Externship Days to Mr. Gels and Mr. Gels approved these for the team.

start the process of looking into long-term disability options so that she and her family would not lose their health insurance benefits.

In September of 2021, Mr. Gels approached Mr. Dirksing about co-sponsoring the Student Council with another colleague. Mr. Gels explained to Mr. Dirksing that he would need to seek the Superintendent's approval of this position since it was a paid position. Having secured extra-duty positions previously, Mr. Dirksing was aware of the paperwork involved in this type of work and agreed to serve in the position with the assurance from Mr. Gels that the position would be approved. One of the first events as co-sponsor of the Student Council was to host Fright Nite, the Ignite Institute's Halloween party after school. Throughout this time, Mr. Dirksing continued to suffer from his illness (experiencing episodes that prevented him from coming to work) but continued to work with the students and faculty and contribute his own funds to ensure this event's success. On October 26, 2021 at approximately 9:30 am, the colleague with whom Mr. Dirksing was co-sponsoring Student Council approached Mr. Dirksing and stated that she had been approached by Mr. Gels who stated "I have a feeling that Mr. Dirksing is going to miss a lot of work due to his illness and I am going to offer the Student Council stipend to someone else." According to this colleague, Mr. Gels had offered this Student Council position to two other colleagues. Upon hearing this, Mr. Dirksing approached the BCEA[10] building representative, seeking advice on how to proceed. Heeding the advice of the BCEA building representative, Mr. Dirksing sent an email at 10:02 am (Exhibit 9) to Mr. Gels addressing the fact that he had been acting as the co-sponsor of the club and performing the duties as such. Mr. Dirksing stated that if he was not going to be appointed to the position, he would cease any extra duty work related to the Student Council stipend. Mr. Dirksing also asked Mr. Gels to cease discussing Mr. Dirksing's personal health concerns with his colleagues. At 12:28 pm, Mr. Gels responded by saying "The stipend is yours. It's $1226". At 1:29 pm that day, Mr. Gels sent another email to Mr. Dirksing stating that they would need to discuss the stipend further. On November 8, 2021, Mr. Dirksing met with Mr. Gels and a BCEA representative to discuss the stipend and speaking to a colleague about not offering Mr. Dirksing the extra duty position because of his health. In the course of this conversation, Mr. Gels became agitated and stated "I have over one hundred sick days and you will not see a single one of them". This conversation was witnessed and recorded by the BCEA representative present during the meeting.

During one of Mr. Dirksing's visits to the Cleveland Clinic in search of treatment options for his illness, several colleagues (A, B & C) organized a fundraiser to help with the Dirksing's medical bills. When these colleagues approached Mr. Gels asking to hold the event at Ignite and/or advertise it at the school, they were told "you can be fired for advertising an event that leads to personal gain". This sentiment was repeated over the course of the next two months leading up to the fundraiser held on May 14, 2022. Colleagues K, S, and X will attest to the fact that they did not help to organize nor attend the fundraiser out of fear of being fired by Mr. Gels. Colleague A will attest to the fact that several monetary donations were received by numerous colleagues who wanted to remain anonymous due to their fear of being fired for supporting the fundraiser. On the day of the fundraiser, colleague L asked colleague A why the fundraiser had not been published on the Ignite Facebook page. Colleague A responded that Mr. Gels had told them "they would be fired for advertising the event". Colleague L, having administrative rights to the Facebook page, posted the link to the fundraiser on the Ignite Facebook page. The colleagues that organized the fundraiser will attest to the fact that all items raffled were donated by individuals or the supplies used to create the items were donated. Colleague Y will

[10] Boone County Education Association

attest to the fact that they purchased an American Legacy Tour[11] and donated it to the fundraiser. Mr. Gels did attend the fundraiser with two of his children, may have given the suggested donation for dinner ($10 per person or $40 per family) and may have purchased raffle tickets. However, the donation records will show that Mr. Gels did not donate items to be raffled as indicated on page 3 of the District's document submitted in response to EEOC Charge Number 473-2023-02217.

On or around May 12, 2022, Mr. Gels met with Mr. Dirksing to discuss the filing of the ADA paperwork and Mr. Ball's response to Mr. Dirksing's request to be compensated for work completed while on FMLA leave. During the course of this conversation, Mr. Gels stated to Mr. Dirksing that the District "was only obligated to oblige [ADA designation] if he [Mr. Dirksing] was hired with full knowledge of [his] disability". Mr. Gels also indicated that the District would most likely transfer Mr. Dirksing to a middle or elementary school to accommodate his illness. Mr. Gels offered to accommodate Mr. Dirksing by allowing him (Mr. Dirksing) to place a set of clean clothes in his office in the event he defecated himself during a vomiting and diarrhea episode. Mr. Gels then suggested that Mr. Dirksing could go to the office, grab his clothes, and take a shower in the Gym. As indicated on the floor plan of the Ignite Institute (Exhibit 10), this would require Mr. Dirksing to traverse the school three times and pass numerous common areas after experiencing an episode such as this.

At the beginning of the 2022-2023 academic year, Mr. Dirksing's teaching area remained in the same location. Although he was assigned to teach English in the Design College, he had numerous students from the Education College in his classes. His colleague, an English teacher in the Education college, taught the same content at the same time and although Mr. Dirksing had 36 English 2 students in his classes (many of whom were Education students), his colleague had 3. These numbers can be verified by course rosters. Mr. Dirksing inquired about the discrepancy in roster numbers to his Team Leader, Mr. Darrin Smith. Mr. Smith approached Mr. Gels about adjusting the numbers of students in Mr. Dirksing's and the other teacher's classes. Mr. Gels responded by saying that he would move all of Mr. Dirksing's students to the other class. Mr. Smith asked Mr. Gels, "if Mr. Dirksing has no students, what would he do?" Mr. Gels responded by saying "he [Mr. Dirksing] can go throw up or whatever he does". Mr. Smith commented, "Mr. Dirksing wants to teach students, just not the other English teacher's students." In addition to having a disproportionate amount students, Mr. Dirksing did not have enough spaces for his students to sit. Upon asking for more desks and receiving none, he allowed students to use his own work table so that students would have a place to sit during class. In January of 2023, the Education students were reassigned to the Education College's English teacher.

On or around May 10, 2023 colleague E submitted paperwork to donate sick days to Mr. Dirksing. Mr. Gels called this colleague into his office and asked if she was sure she wanted to donate the days to Mr. Dirksing. He then continued to ask her if she understood the consequences of donating days would have on her position and her ability to retire. Colleague E will attest to the contents of this meeting.

On page three of the District's document submitted in response to EEOC Charge Number 473-2323-02217, the District states that Mr. and Mrs. Dirksing "openly shared and discussed their struggles at school" and that "Mr. Dirksing spoke openly of his condition in a very graphic manner with his colleagues, and often posted poems on his Facebook page to paint a vivid picture of the mental anguish caused by his condition". Mr. Dirksing's condition, in fact, was no secret as several colleagues (D, F, and

[11] A company that Mr. Gels owns

J) found him on the bathroom floor[12] after vomiting episodes and saw him in his teaching area after returning from the bathroom after an episode (colleagues N, O, P, R, S, and U). However, the details of Mr. Dirksing's illness were not publicly known (and certainly not graphically shared as alleged by the District) by the students and majority of the staff[13]. Mr. Dirksing has posted and continues to post poems (with various themes, from various perspectives, and written at various time throughout his life) and photographs on his Facebook page. These posts are not created nor published during school time, do not discuss District personnel or matters, nor do they contain content deemed unethical by the EPSB.

Throughout the course of Mr. Dirksing's illness, numerous colleagues (A, E, F, J, L, & Q) will attest to the fact that Mr. Gels has continuously shown them screenshots of Mr. Dirksing's Facebook page and has made comments like "is this something that I need to be worried about?" Furthermore, colleagues A and J will attest to the fact that they approached Mrs. Dirksing several times stating that Mr. Gels had asked "what is going on with Mark?" and "what information do you know about what is going on?" Mrs. Dirksing responded to colleagues A and J that Mr. Gels could address Mr. Dirksing or Mrs. Dirksing if there were any questions related to Mr. Dirksing's health. Colleagues F and Q will also attest to the fact that they had been asked similar questions by Mr. Gels as colleague J had. Colleague H will attest to the fact that Mr. Gels has asked about Mr. Dirksing's health history. Colleagues E, L and BB will attest to the fact that on or around July 7, 2023, Mr. Gels approached them stating "he can't come to work but can travel?"[14]

The District's attempt to professionally discredit, personally undermine and emasculate Mr. Dirksing as documented in their response to EEOC Charge Number 473-2023-02217 is further evidence of the continued discrimination and harassment that Mr. Dirksing has faced and continues to face by the District and Mr. Gels throughout his illness.

---

[12] Colleague J will attest to the fact that he found Mr. Dirksing passed out on the bathroom floor. On October 6, 2021, Mr. Dirksing was taken to the hospital via ambulance for symptoms resembling a heart attack. Dr. Jewell at Christ Hospital will attest to the fact that hyperventilation had been induced by another colleague encouraging Mr. Dirksing to breath deeply into his mask. Dr. Braithwaite of Beacon Orthopaedics will attest to the fact that Mr. Dirksing passed out due to herniating 3 disks in his neck as a result of violently vomiting.

[13] Colleagues Z and AA will attest to saying that they had no idea how sick Mr. Dirksing was until they were told of the fundraiser by colleagues A, B & C.

[14] This was a month after Mr. Ball confirmed that Mr. Dirksing could return to work.

# FW: Leave Request Form & more

Ball, Eric R <eric.ball@boone.kyschools.us>
Fri 5/5/2023 12:07 PM
To:Dirksing, Mark <mark.dirksing@boone.kyschools.us>
Cc:Cox, Beth <beth.cox@boone.kyschools.us>

Mr. Dirksing,

I am writing regarding clarification of your current leave of absence. As was stated in the email you received on Friday April 28th, your two options were to return to work on Monday May 1st or take the remainder of the year off. Because you did not return on Monday May 1st the District is forced to assume that you will be taking the remainder of the year off. This continuous leave is supported by Board policy 03.1234. Therefore, you are not required to complete any duties related to your teaching position for the remainder of the 2022-23 school-year. All grading and planning will be taken care of by another employee as assigned by Mr. Gels.

Before returning for the 2023-2024 school-year you will need to submit a letter from your physician stating that you are able to return to your regular teaching duties without restrictions or consult with Human Resources if restrictions are indicated by your physician to ensure that those restrictions can be accommodated.

Sincerely,
Eric Ball
Director – Human Resources
859-283-3210
Boone County Schools

#Boone2020

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee's or a person authorized to deliver it to the named addressee's. It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email so that our address record can be corrected.

**From:** Ball, Eric R
**Sent:** Friday, April 28, 2023 8:49 AM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Cc:** Cox, Beth <beth.cox@boone.kyschools.us>
**Subject:** RE: Leave Request Form & more

Mr. Dirksing,

I hope that you are healing well from your recent procedure.

I wanted to provide clarification regarding the conversation you referenced with Ms. Cox. The statement regarding the possibility to return to work prior to the end of the year is correct, as long as you return prior to the last day without pay that was approved by Mr. Turner. Based on your request, and the approval of Mr. Turner, your last approved day without pay was yesterday. Therefore, the options communicated to you by Ms. Cox are correct.

The District has repeatedly provided you with additional leave days at your request. As of today, the District has provided a total of 29 additional days of non-FMLA leave to you this year. In addition to the non-FMLA leave we have provided additional accommodations including proximity to a faculty restroom. To put it in perspective, you have been absent 60 out of the 157 student instructional days this school year. Each time you have approached the District asking for more time this year, the District has provided it to you based on your representations that, in the long term, you would be able to return to your classroom. As you know, this has not been the case. The inconsistency has caused significant disruption at Ignite and has directly affected the educational experience of your students. Nearly all of your absences have been intermittent and unplanned, causing a last-minute response by the Ignite administration to cover your classes. Thus, while we sympathize with the medical struggles you have endured, the District cannot provide you with additional leave days. As Ms. Cox stated in both her phone call with you and the below email, you either need to return to work on 5/1 with a medical release from Dr. Van Haren or take a leave of absence for the remainder of the year.

Sincerely,

Eric Ball
Director – Human Resources
859-283-3210
Boone County Schools

#Boone2020

#loveKYschools

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee's or a person authorized to deliver it to the named addressee's. It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email so that our address record can be corrected.

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Wednesday, April 26, 2023 12:39 PM
**To:** Cox, Beth <beth.cox@boone.kyschools.us>; LeCates, Scott [KY] <Scott.LeCates@kea.org>; Read, Kelly <kelly.read@boone.kyschools.us>
**Cc:** Ball, Eric R <eric.ball@boone.kyschools.us>
**Subject:** Re: Leave Request Form & more

Beth,

Per our phone conversation on April 19th, you told me that I would be able to return to school before the end of the year with a release from my doctor. At that point, I told you that I thought I would be off for another two weeks. You told me that this would be possible with a medical release from Dr. Van Haren since the paperwork submitted by his office indicated I would be out for 6 weeks due to the

surgery and recovery related to my disability. In this email, you are stating that I have to come back to school on April 28th or take the rest of the school year off. I'm confused as to what has changed between last Wednesday and today.

Mr. Ball, my original request was for 2 weeks with 4 extra days for doctor's appointments, thinking that my recovery would be quicker than it has been. When the surgery was scheduled, they were aware of a hiatal hernia (caused by the vomiting) that needed to be fixed during the fundoplication surgery. What they were unaware of, were the tears in my diaphragm that resulted from the 2 ½ years of incessant vomiting. As I indicated to Beth Cox during our April 19th conversation, I am planning on coming back to school on May 10th. Throughout my recovery period, I have planned my classes and are planned for the next two weeks. The lesson are available to my students on Canvas.

Please clarify a discrepancy in communication.

Thank you,

Mark Dirksing

**From:** Cox, Beth <beth.cox@boone.kyschools.us>
**Sent:** Wednesday, April 26, 2023 11:54 AM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Cc:** Ball, Eric R <eric.ball@boone.kyschools.us>
**Subject:** RE: Leave Request Form & more

Mark,

I wanted to follow up with you regarding your leave of absence. You have absences entered for 4/24/23 – 4/28/23 for a total of 5 unpaid days which exceeds the additional 4 days that were granted for follow up appointments from Mr. Turner. I will update the 4/24/23 – 4/27/23 to Non FMLA to count for the 4 days granted. However, at this time, your only options now would be to take the remainder of the year off or be release from doctor to return to work on, Friday, 04/28/23. Please let me know which of these options you will be pursing.

*Beth A. Cox*
Human Resources Benefits Specialist
Phone: 859.282.2142
Fax: 859.282.2935
beth.cox@boone.kyschools.us

**From:** Cox, Beth
**Sent:** Wednesday, April 19, 2023 3:27 PM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Cc:** Ball, Eric R <eric.ball@boone.kyschools.us>
**Subject:** Leave Request Form & more

Mark,

To follow up after our phone conversation, I have attached the leave request form for you to complete and return for the remainder of the school year. You stated you would be seeing the doctor on Tuesday to determine if you would be released to return before the end of the year or not before sending back this form.

Reminder: A return to work note will be required to before returning to work prior to return date; if there are restrictions to return, the restrictions must be listed on the note or the note must state return without restrictions or no restrictions.

I also updated your "day without pay" absences from 4/10/2023 – 4/21/2023 to "Non FMLA" unpaid days per the approval of Mr. Turner.

*Beth A. Cox*
Human Resources Benefits Specialist
Boone County Board of Education
8330 U.S. HWY 42
Florence, KY 41042
Phone: 859.282.2142
Fax: 859.282.2935
beth.cox@boone.kyschools.us

**Boone County Schools**

CONFIDENTIALLY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and privileged information protected by state and federal medical privacy statues. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended receipient, please contact the sender by reply e-mail (attaching the original message) and destroy all copies of the original message (including on your own computer and on any network to which your computer is connected).

# RE: Donated Days Eligibility Information

Ball, Eric R <eric.ball@boone.kyschools.us>
Tue 11/29/2022 3:37 PM
To:Dirksing, Mark <mark.dirksing@boone.kyschools.us>
Cc:Cox, Beth <beth.cox@boone.kyschools.us>;LeCates, Scott [KY] <Scott.LeCates@kea.org>

Mr. Dirksing,

Before scheduling a meeting it is imperative for us to understand the nature of the meeting to ensure that we are thoroughly prepared in the event a meeting is necessary. Please let us know what questions you may have regarding the communication you received from Ms. Cox.

Sincerely,
Eric Ball
Director – Human Resources
859-283-3210
Boone County Schools

#Boone2020

#loveKYschools

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee's or a person authorized to deliver it to the named addressee's. It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email so that our address record can be corrected.

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Monday, November 28, 2022 6:52 PM
**To:** Cox, Beth <beth.cox@boone.kyschools.us>; Scott.LeCates@kea.org
**Subject:** Re: Donated Days Eligibility Information

I would like to meet with you next Wednesday at 3:30 at your office. Scott LeCates will be joining as my representative.

Thank you,
Mark Dirksing

---

**From:** Cox, Beth <beth.cox@boone.kyschools.us>
**Sent:** Monday, November 28, 2022 3:34 PM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Subject:** Donated Days Eligibility Information

Mark,

I received notification from Carrie Brannan that payroll received donated days for you. Employees don't always know that they have received donated days which is why I reach out to the employee. Based on the KRS that defines the reasons an employee may receive donated days, you aren't eligible currently to receive donated days. See the KRS reference below:

KRS 161.155 defines the reasons an employee may receive donated days. Below is the excerpt from KRS 161.155 that defines the reasons a person may accept donated days.

- The teacher or employee or a member of his or her immediate family suffers from a medically certified illness, injury, impairment, or physical or mental condition that has caused or is likely to cause the teacher or employee to be absent for at least ten (10) days; or b.
- The teacher or employee suffers from a catastrophic loss to his or her personal or real property, due to either a natural disaster or fire, that either has caused or will likely cause the employee to be absent for at least ten (10) consecutive working days;

If you are in the need of leave request information or have questions, please let me know.

*Beth A. Cox*
Human Resources Benefits Specialist
Boone County Board of Education
8330 U.S. HWY 42
Florence, KY 41042
Phone: 859.282.2142
Fax: 859.282.2935
beth.cox@boone.kyschools.us

**Boone County Schools**

CONFIDENTIALLY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and privileged information protected by state and federal medical privacy statues. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended receipient, please contact the sender by reply e-mail (attaching the original message) and destroy all copies of the original message (including on your own computer and on any network to which your computer is connected).

## RE: Paperwork

Ball, Eric R <eric.ball@boone.kyschools.us>
Thu 1/5/2023 9:13 AM
To:Dirksing, Mark <mark.dirksing@boone.kyschools.us>
Cc:Turner, Matthew - Superintendent <matthew.turner@boone.kyschools.us>

Mr. Dirksing,

Mr. Turner has already granted up to 15 days without pay, so all you will need to do moving forward is notify Beth Cox when an unpaid absence related to your medically certified illness.
If you have any additional questions don't hesitate to reach out.

Eric Ball
Director – Human Resources
859-283-3210
Boone County Schools

#Boone2020

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee's or a person authorized to deliver it to the named addressee's. It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email so that our address record can be corrected.

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Thursday, January 5, 2023 8:03 AM
**To:** Ball, Eric R <eric.ball@boone.kyschools.us>; Turner, Matthew - Superintendent <matthew.turner@boone.kyschools.us>
**Subject:** Re: Paperwork

Mr. Ball and Mr. Turner,

Kim and I would like to thank you and Mr. Turner for your willingness to work with us during this difficult time. At this point, the only time I will need to take off is February 15th for an appointment and more testing. If any other appointments or tests come up, I will email you.

You stated in your email that only Mr. Turner can grant unpaid days. What is the procedure for taking off for an episode or an appointment? Do I need to email Mr. Turner directly when these occur? I very much appreciate your guidance.

Thank you, again,

Mark Dirksing

**From:** Ball, Eric R <eric.ball@boone.kyschools.us>
**Sent:** Tuesday, December 20, 2022 3:39 PM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Subject:** RE: Paperwork

Mr. Dirksing,

I want to thank you again for providing us with the medical documentation that allowed us to consider your accommodation request. After speaking with Mr. Turner, and considering multiple factors including cost of substitute coverage and impact to the educational process, we believe the following accommodations are reasonable and appropriate:

- 15 days without pay to be used for absences related to the medically certified illness.
- Days without pay for medical evaluations/treatments that require travel and an overnight stay (not to be included in the 15 days listed above.)

**Please note, policy 03.123 states that the Superintendent is the only individual who may grant unpaid leave for the purpose of a personal illness.

As always, we would welcome any feedback regarding the accommodations listed above.

Sincerely,
Eric Ball
Director – Human Resources
859-283-3210
Boone County Schools

#Boone2 20

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee's or a person authorized to deliver it to the named addressee's. It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email so that our address record can be corrected.

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Friday, December 9, 2022 10:28 AM
**To:** Ball, Eric R <eric.ball@boone.kyschools.us>; LeCates, Scott [KY] <Scott.LeCates@kea.org>
**Subject:** Paperwork

Dear Mr. Ball,

Thank you for meeting with us on Wednesday. I am attaching a new ADA Accommodations Request for Medical Certification form as well as the forms that you requested: Certification of Health Care Provider for Employee's Serious Health Condition under the Family and Medical

Leave Act & Extended Leave form. As of now, I do not anticipate taking an extended leave unless a surgery or treatment is necessary as a result of my illness.

Like we discussed in the meeting, I have been suffering from the same illness since my cholecystectomy on September 15, 2020. Every sick day and personal day that I have taken since is either a result of the physical symptoms resulting from the cholecystectomy, for doctor's appointments related to the cholecystectomy, or medical and diagnostic testing related to the cholecystectomy. I take multiple medications, receive medical treatments, and adhere to a strict diet to help control the symptoms of Post-Cholecystectomy Syndrome.

Under the ADA designation, I am requesting time off for doctor's appointments, medical treatments, and periods of excessive diarrhea and vomiting related to my illness and continued access to a bathroom and privacy when these episodes occur during the school day. Although the medications, dietary restrictions, and procedures help to minimize my symptoms, I still have periods of breakthroughs. While these are unpredictable, we anticipate these to occur once or twice a month and lasting for one to two days as indicated in the documentation provided by my current gastroenterologist. These requests (leave and access to a bathroom) are considered Reasonable Accommodations according to the Enforcement Guidance on Reasonable Accommodation and Undue Hardship under the ADA | U.S. Equal Employment Opportunity Commission (eeoc.gov).

On December 14, 2022, I have an appointment with a specialist at UC in hopes that a better treatment plan can be developed. I am requesting that my colleagues' donated sick days be released to me to cover my absence on November 30 (excessive diarrhea and vomiting) and on December 14th for this appointment. I will provide the necessary documentation verifying my absence on this date once I have the appointment with the doctor at UC.

As we also discussed in our meeting, our colleagues from Kenton County contacted KDE in the spring of 2022 regarding the transfer of sick days between counties. KDE stated that these days could be transferred provided that both counties agree to the transfer. Kenton County agreed to the transfer however, when they inquired, they were told by Jessica Isaacs, Jerry Gels, and Beth Cox that this would not be possible. I imagine that a sick day transfer like this is similar to one that occurs when sick days are transferred for a teacher transferring to Boone County from another county in Kentucky. I appreciate your investigation into this matter.

Thank you,

Mark Dirksing

# RE: MDirksing Externship Days

Ball, Eric R <eric.ball@boone.kyschools.us>
Wed 5/31/2023 3:25 PM
To:Gels, Jerome A <jerome.gels@boone.kyschools.us>;Dirksing, Mark <mark.dirksing@boone.kyschools.us>

Dr. Van Haren's office did fax over the original medical certification document that we originally received in April. In part B of the form question (8) ask the physician to "Provide your **best estimate** of the beginning date...and end date...for the period of incapacity." While they did indicate the 29th as the **estimated** date of return, a letter from the physician confirming the estimated date of return is required. This is due to the unpredictable nature of leaves of absence.

In order to assist with this process our office has reached out to Amy Knisley at 513-475-8170 to request a return to work note, but was unable to reach her by phone and the number does not allow you to leave a message. We also sent a fax to Ms. Kinsley requesting a return to work note and outlining the information that the note must include.

I will let everyone know when we receive a note from the physician.

Eric Ball
Director – Human Resources
859-283-3210
Boone County Schools

#Boone2020

#loveKYschools

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee's or a person authorized to deliver it to the named addressee's. It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email so that our address record can be corrected.

**From:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Sent:** Wednesday, May 31, 2023 2:28 PM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>; Ball, Eric R <eric.ball@boone.kyschools.us>
**Subject:** RE: MDirksing Externship Days

Mark –

I am going to wait to hear from HR for next steps and the proper paper work has been submitted to Eric.

Having said that, I sent an earlier email reply stating that I had other work that I preferred you do as part of the externship days and I didn't get a response to that, so I have moved on.

In looking at the four days two of those days had to be completed during the school year and I have not allowed anyone to do those at alternate times. So two of those days you can not work this summer, they are forfeited.

Regarding the other two, I am fine if one day is at RA Jones. I need more information regarding to what you will be doing with NKU. Those days must be in person. Since these are past the time when the other teachers completed theirs, I will expect you to fill out the same paperwork for the 2023/2024 school year f. I will send a copy of that once HR has cleared you.

For next year, I have allotted you ten extended days. Two of those of days will need to take place during the school year during the YLPs. The other 8 must be done in person and pre-approved by July 1. If you do not want the extended days, I need you to inform me. It is probably best that you come to Ignite so I can review that paperwork so we are on the same page for going forward for next year.

As soon as HR lets me know you are cleared, we can discuss the 2 extended days you are to do in June.

Regards,

Jerry

Sent from Mail for Windows

**From:** Dirksing, Mark
**Sent:** Wednesday, May 31, 2023 2:07 PM
**To:** Ball, Eric R; Gels, Jerome A
**Subject:** Re: MDirksing Externship Days

Mr. Ball,

You will be receiving two faxes shortly from Dr. Van Haren's office. This first is the fax that was received by your office on April 13 at approximately 9:02 a.m. The second will be another copy of the return-to-work form stating that I may return to work on May 29th and my accommodations are close proximity to a private bathroom.

Sincerely,
Mark Dirksing

**From:** Ball, Eric R <eric.ball@boone.kyschools.us>
**Sent:** Wednesday, May 31, 2023 7:52 AM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Cc:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Subject:** RE: MDirksing Externship Days

Mr. Dirksing,

Thank you for getting back to me regarding your return to work.

I did confirm that we have not received a return to work note from Dr. Van Haren. Physicians will oftentimes place these notes in a patient's MyChart file, so that may be somewhere to check before contacting the office.

It is imperative that we receive that note before you return to work. As I mentioned in my previous email you may not return to any work related activities until Human Resources has received a release to work.

Regarding the approval of externship days, I will let you work with Mr. Gels to clarify that approval process.

Eric Ball
Director – Human Resources
859-283-3210
Boone County Schools

#Boone2020

#loveKYschools

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee's or a person authorized to deliver it to the named addressee's. It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email so that our address record can be corrected.

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Tuesday, May 30, 2023 6:15 PM
**To:** Ball, Eric R <eric.ball@boone.kyschools.us>; Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Subject:** Re: MDirksing Externship Days

Mr. Ball,

After my surgery on April 7th, Dr. Van Haren's office sent paperwork to your office stating that my return to work date is May 29th. I called Dr. Van Haren's office on Thursday, May 25th and requested that new paperwork be sent to your office re-stating that I can return to work on May 29th with the only accommodation being that I am placed near a private restroom which Mr. Gels has arranged per a discussion I had with him via email. I will call Dr. Van Haren's office tomorrow to determine when the second set of paperwork was sent.

Per a discussion that Mr. Gels had with Kim two weeks ago, he agreed to the externship days at RA Jones and NKU. I have already arranged these days with these institutions. I have also communicated with Ignite via email regarding these days. I will contact Mr. Gels to determine where the issue is.

Mark Dirksing

**From:** Ball, Eric R <eric.ball@boone.kyschools.us>
**Sent:** Tuesday, May 30, 2023 11:21 AM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools:us>
**Subject:** FW: MDirksing Externship Days

Mr. Dirksing,

We received an email below from Ignite regarding your externship days. As a reminder, you may not return to any work related activities until Human Resources has received a release to work from your treating physician that allows you to return to work without restrictions or restrictions that the District can accommodate.

Additionally, the approval for the externship days has not been granted by Mr. Gels, and can therefore not be worked until this approval is given. If you are able to obtain a release to work, and wish to work the days listed, please contact Mr. Gels to request approval for those days.

Sincerely,
Eric Ball
Director – Human Resources
859-283-3210
Boone County Schools

#Boone2020

#loveKYschools

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee's or a person authorized to deliver it to the named addressee's. It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email so that our address record can be corrected.

**From:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Sent:** Tuesday, May 16, 2023 2:27 PM
**To:** Ball, Eric R <eric.ball@boone.kyschools.us>
**Subject:** Fw: MDirksing Externship Days

**From:** Hemingway, Susanne <susanne.hemingway@boone.kyschools.us>
**Sent:** Tuesday, May 16, 2023 2:12 PM
**To:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Subject:** FW: MDirksing Externship Days

**From:** Dirksing, Kim <kim.dirksing@boone.kyschools.us>
**Sent:** Monday, May 15, 2023 9:56 AM
**To:** Hemingway, Susanne <susanne.hemingway@boone.kyschools.us>
**Cc:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Subject:** MDirksing Externship Days

Dear Susanne,

Here are Mark's Externship Days that he worked and will work:

7/11/22: Exchange Day 1
7/12/22: Exchange Day 2
*Either 7/10/22 or 7/13/22 is Exchange Day 3 per Jerry through Darin
10/12/22: Exchange Day 4
10/29/22: Exchange Day 5
11/08/22: Exchange Day 6

6/1/23: Exchange Day 7 (RA Jones Graphic Design/Marketing Team)
6/2/23: Exchange Day 8 (RA Jones Graphic Design/Marketing Team)
6/13/23: Exchange Day 9 (NKU Allied Health and Graphic Design)
6/14/23: Exchange Day 10 (NKU Allied Health and Graphic Design)

## Boone Employees Externship/Extend days

Hemingway, Susanne <susanne.hemingway@boone.kyschools.us>
Mon 5/15/2023 7:50 AM
To:23-24 Ignite Staff <ignitestaff@boone.kyschools.us>

Good morning,

I have a few of you who still have not answered me back about your Externship/Extend days. I need answers this morning, so that payroll can be submitted and that your days are correctly entered. This is to make sure since the board will audit to see if all externship/extended days have been completed.

*Thank you,*
*Susanne Hemingway*

***IGNITE INSTITUTE***
***Financial Administrator***
***37 Atlantic Ave.***
***Erlanger, Ky. 41018***
***Phone: 859-817-3570 ext#16109***
***Fax: 859-746-0045***
***E-Mail: susanne.hemingway@boone.kyschools.us***
***Visit us on the web @ http://www.boone.kyschools.us/***

CONFIDENTIALITY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and privileged information protected by state and federal medical privacy statutes. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail (attaching the original message) and destroy all copies of the original message (including on your own computer and on any network to which your computer is connected).

## RE: Extra Days

Ball, Eric R <eric.ball@boone.kyschools.us>
Wed 5/11/2022 12:02 PM

To:Dirksing, Mark <mark.dirksing@boone.kyschools.us>
Cc:Cox, Beth <beth.cox@boone.kyschools.us>;Matt Smith <msmith@zslaw.com>;Turner, Matthew - Superintendent <matthew.turner@boone.kyschools.us>;Claire Parsons <CParsons@AdamsAttorneys.com>

Mr. Dirksing,

I am writing to notify you that your request for compensation for work you chose to complete while on an approved leave cannot be approved.
The request to work remotely was never made to your supervisor or the district. Additionally, at no point did your supervisor or the district offer a remote work placement for your position.
Additionally, as part of American Fidelity's normal notification practices the district received notice that you have applied for, and received, compensation through your disability policy with American Fidelity. It is not permissible to receive compensation from the district and American Fidelity simultaneously. For that reason as well we are unable to approve your request for compensation during that time. The district did contact American Fidelity in an effort to determine the dates that were submitted to American Fidelity as part of the disability claim.

We are willing to work with you in the future regarding your request for accommodations related to future appointments, and I look forward to working with you collaboratively through that process.

Sincerely,
Eric Ball
Director – Human Resources
859-283-3210
Boone County Schools

#Boone2020

#loveKYschools

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee's or a person authorized to deliver it to the named addressee's. It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email so that our address record can be corrected.

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Tuesday, May 10, 2022 11:27 AM
**To:** Cox, Beth <beth.cox@boone.kyschools.us>; Matt Smith <msmith@zslaw.com>; Ball, Eric R <eric.ball@boone.kyschools.us>; Turner, Matthew - Superintendent <matthew.turner@boone.kyschools.us>
**Subject:** Re: Extra Days

Beth,

On 4/27/22, I requested compensation for the work that I continued to do while on FMLA leave. Since, I did not receive a response, I am, again, formally requesting compensation for the work that I performed while on FMLA. From emails to time stamps in Canvas and the Google drive, I have more than enough documentation to prove that I continued to plan, grade, and contact parents and students throughout my entire time on FMLA.

Mark

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Wednesday, April 27, 2022 10:44 AM
**To:** Cox, Beth <beth.cox@boone.kyschools.us>; Matt Smith <msmith@zslaw.com>; Ball, Eric R <eric.ball@boone.kyschools.us>; Turner, Matthew - Superintendent <matthew.turner@boone.kyschools.us>
**Subject:** Fw: Extra Days

Beth,

As a result of the cholecystectomy that I had in 2020, I have Postcholecystectomy Syndrome. This has caused the incessant diarrhea, abdominal pain, and vomiting/dry heaving that I have had since. I am having a procedure to block the nerves that are causing the abdominal pain and, hopefully, the vomiting/dry heaving on Friday, April 29th. Michael Kerner donated a sick day to me to cover Friday's absence. This is laparoscopic surgery, and I will be under anesthesia. Hopefully, the doctor will release me for work on Monday. I attached the scheduled surgery form.

In addition, I am formally requesting compensation for the work that I performed while on FMLA. From emails to time stamps in Canvas and the Google drive, I have more than enough documentation to prove that I continued to plan, grade, and contact parents and students throughout my entire time on FMLA.

Thank you,
Mark

**From:** Brannan, Carrie <carrie.brannan@boone.kyschools.us>
**Sent:** Wednesday, April 27, 2022 9:02 AM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Subject:** RE: Extra Days

Mark,
Thank you for getting back to me so quickly. You need to contact Beth Cox today. She will be able to discuss the FMLA side of things and may need documentation for the appointment on Friday in order to decide if it qualifies for FMLA. I received the donated sick day card via an email from Suzanne. I have to get it approved before I can apply the donated day. Beth is who I send the approval to which is why I am saying you need to contact Beth today and get that ball rolling.

I will make a note that you are working on May 17th. Please clock in with a comment "working day 10 of 10- YLP day"

I am so sorry that you are having to go through all of this. I have a good friend who fought and fought for a diagnosis. After several exploratory surgeries, they were finally diagnosed with Celiac. They have been able to make some lifestyle/diet alterations and are doing much better.

Thank you,
*Carrie Brannan*
Certified Payroll Bookkeeper

Boone County Schools
8330 U.S. Highway 42
Florence, KY 41042
☎ 859-282-3317 or **Ext**: 23317

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Wednesday, April 27, 2022 8:51 AM
**To:** Brannan, Carrie <carrie.brannan@boone.kyschools.us>
**Subject:** Re: Extra Days

Carrie,

Our YLP day was cancelled due to the passing of our principal, Julie Whitis. We are making this day up on May 17th. So, I will be clocking in on the 17th for my last extra day.

Also, I am having a procedure to block the celiac plexus nerves on Friday to stop the pain and, hopefully, stop the dry heaving. A colleague has donated a day so that I can have this procedure. I will be returning to work on Monday. Is there anything I need to do? I am still unclear about how many days I have left for FMLA.

Thank you,
Mark

**From:** Brannan, Carrie <carrie.brannan@boone.kyschools.us>
**Sent:** Wednesday, April 27, 2022 8:39 AM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Subject:** Extra Days

Mr. Dirksing,
In our previous communications you stated that you would be working your last extra day on 4/23 and I asked you to make sure that you clocked in for all extra days going forward. Upon a review of your timesheet I do not see that you clocked in on 4/23/22. Did you work or will you be working on a different day?

Thank you,
*Carrie Brannan*
Certified Payroll Bookkeeper
Boone County Schools
8330 U.S. Highway 42
Florence, KY 41042
☎ 859-282-3317 or **Ext**: 23317

# Re: MDirksing Externship Days

Gels, Jerome A <jerome.gels@boone.kyschools.us>
Thu 6/1/2023 12:34 PM
To:Ball, Eric R <eric.ball@boone.kyschools.us>;Dirksing, Mark <mark.dirksing@boone.kyschools.us>

Mark -

Per my last emails I have not approved any days for you to work. Please see my earlier emails.

Jerry

---

**From:** Ball, Eric R <eric.ball@boone.kyschools.us>
**Sent:** Thursday, June 1, 2023 12:25 PM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Cc:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Subject:** RE: MDirksing Externship Days

Mr. Dirksing,

We have received clearance from Dr. Van Haren for you to return to work.

Please work with Mr. Gels to schedule the days that he referenced in his previous email. Once those days have been scheduled and approved please let me know so that I can notify the finance department.

Thanks,
Eric Ball
Director – Human Resources
859-283-3210
Boone County Schools

#Boone2020

#loveKYschools

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee's or a person authorized to deliver it to the named addressee's. It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email so that our address record can be corrected.

**From:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Sent:** Wednesday, May 31, 2023 2:28 PM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>; Ball, Eric R <eric.ball@boone.kyschools.us>
**Subject:** RE: MDirksing Externship Days

# Re: Update

Dirksing, Kim <kim.dirksing@boone.kyschools.us>
Tue 2/8/2022 12:59 PM
To:Whitis, Julie <julie.whitis@kenton.kyschools.us>;Gels, Jerome A <jerome.gels@boone.kyschools.us>

I'll be down at 1:55; I'll ask Adam to watch the kiddos.

Thanks,

Kim

---

**From:** Whitis, Julie <julie.whitis@kenton.kyschools.us>
**Sent:** Tuesday, February 8, 2022 12:51 PM
**To:** Dirksing, Kim <kim.dirksing@boone.kyschools.us>; Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Subject:** Re: Update

**EXTERNAL MESSAGE**

I have a meeting at 2:00 that I was just going to be late for, so the sooner the better... but do what works for you. This is a priority and I am fine with being late.

**From:** "Dirksing, Kim" <kim.dirksing@boone.kyschools.us>
**Date:** Tuesday, February 8, 2022 at 12:50 PM
**To:** "Whitis, Julie" <julie.whitis@kenton.kyschools.us>, "Gels, Jerome A" <jerome.gels@boone.kyschools.us>
**Subject:** Re: Update

**External Message**

Will 2:10 work for you or would you like me to come down at 2:00?

Thanks!

Kim

---

**From:** Whitis, Julie <julie.whitis@kenton.kyschools.us>
**Sent:** Tuesday, February 8, 2022 12:37 PM
**To:** Dirksing, Kim <kim.dirksing@boone.kyschools.us>; Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Subject:** Re: Update

**EXTERNAL MESSAGE**

yes

**From:** "Dirksing, Kim" <kim.dirksing@boone.kyschools.us>
**Date:** Tuesday, February 8, 2022 at 11:53 AM
**To:** "Whitis, Julie" <julie.whitis@boone.kyschools.us>, "Gels, Jerome A" <jerome.gels@boone.kyschools.us>
**Subject:** Update

**External Message**

Good afternoon!

Are you available to meet briefly after school so that I can give you the update with Mark?

Thank you,

Kim

# Re: Student Council

Dirksing, Mark <mark.dirksing@boone.kyschools.us>
Wed 11/3/2021 11:20 AM
To:Gels, Jerome A <jerome.gels@boone.kyschools.us>

Jerry,

Would you be available to discuss this next Tuesday or Thursday? Kelly Read will be attending as my representative.

Thank you,
Mark

---

**From:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Sent:** Tuesday, October 26, 2021 1:29 PM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Subject:** Re: Student Council

We will need to discuss the stipend and responsibilities. Nothing is finalized though until the paperwork is submitted.
I do not think the way you choose to communicate in this email is the way I would recommend communicating to me in the future. There was no sharing of your personal health information. There is no co-sponsor. There is a sponsor of student council and a senior class sponsor. I envision those working together.

It would be good for us to speak at 2:05 today.

Regards,

Jerry Gels

---

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Tuesday, October 26, 2021 10:02 AM
**To:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Cc:** Isaacs, Jessica <jessica.isaacs@boone.kyschools.us>
**Subject:** Student Council

Jerry,

It has been brought to my attention that you are discussing my personal health concerns and my status of my involvement as an extra-curricular co-chair of student council. Following your request to appoint me in this position, I believed that I was acting as sponsor of this organization. I have been investing my time and personal funds (over $200) in meetings and working with student council members for the past month and a half, with the understanding that I would be compensated with the appropriate Sponsor Stipend. If you are not going to deliver that stipend for student council, I will not be doing any more extra duty work for student council. In addition, I do not appreciate you discussing my personal health concerns with any of my colleagues and ask that you cease this action.

Mark

# Re: Student Council

Gels, Jerome A <jerome.gels@boone.kyschools.us>
Tue 10/26/2021 12:28 PM
To:Dirksing, Mark <mark.dirksing@boone.kyschools.us>
Cc:Isaacs, Jessica <jessica.isaacs@boone.kyschools.us>

Mark -

The stipend is yours. It is $1226

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Tuesday, October 26, 2021 10:02 AM
**To:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Cc:** Isaacs, Jessica <jessica.isaacs@boone.kyschools.us>
**Subject:** Student Council

Jerry,

It has been brought to my attention that you are discussing my personal health concerns and my status of my involvement as an extra-curricular co-chair of student council. Following your request to appoint me in this position, I believed that I was acting as sponsor of this organization. I have been investing my time and personal funds (over $200) in meetings and working with student council members for the past month and a half, with the understanding that I would be compensated with the appropriate Sponsor Stipend. If you are not going to deliver that stipend for student council, I will not be doing any more extra duty work for student council. In addition, I do not appreciate you discussing my personal health concerns with any of my colleagues and ask that you cease this action.

Mark


72
IGNITE INSTITUTE
at Roebling Innovation Center
Primary Fire Evacuation
Secondary Fire Evacuation
Severe Weather
Geis' Office
Faculty/Staff Bathroom
Private Bathroom
Dicksine Teaching Area 8/2021-8/2023
Dicksine Teaching Area 8/2023
Showers in Gym