# RE: Extra Days

Ball, Eric R <eric.ball@boone.kyschools.us>
Wed 5/11/2022 12:02 PM
To:Dirksing, Mark <mark.dirksing@boone.kyschools.us>
Cc:Cox, Beth <beth.cox@boone.kyschools.us>;Matt Smith <msmith@zslaw.com>;Turner, Matthew - Superintendent <matthew.turner@boone.kyschools.us>;Claire Parsons <CParsons@AdamsAttorneys.com>

Mr. Dirksing,

I am writing to notify you that your request for compensation for work you chose to complete while on an approved leave cannot be approved.
The request to work remotely was never made to your supervisor or the district. Additionally, at no point did your supervisor or the district offer a remote work placement for your position.
Additionally, as part of American Fidelity's normal notification practices the district received notice that you have applied for, and received, compensation through your disability policy with American Fidelity. It is not permissible to receive compensation from the district and American Fidelity simultaneously. For that reason as well we are unable to approve your request for compensation during that time. The district did contact American Fidelity in an effort to determine the dates that were submitted to American Fidelity as part of the disability claim.

We are willing to work with you in the future regarding your request for accommodations related to future appointments, and I look forward to working with you collaboratively through that process.

Sincerely,
Eric Ball
Director – Human Resources
859-283-3210
Boone County Schools

#Boone2020

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee's or a person authorized to deliver it to the named addressee's. It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email so that our address record can be corrected.

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Tuesday, May 10, 2022 11:27 AM
**To:** Cox, Beth <beth.cox@boone.kyschools.us>; Matt Smith <msmith@zslaw.com>; Ball, Eric R <eric.ball@boone.kyschools.us>; Turner, Matthew - Superintendent <matthew.turner@boone.kyschools.us>
**Subject:** Re: Extra Days

Beth,

On 4/27/22, I requested compensation for the work that I continued to do while on FMLA leave. Since, I did not receive a response, I am, again, formally requesting compensation for the work that I performed while on FMLA. From emails to time stamps in Canvas and the Google drive, I have more than enough documentation to prove that I continued to plan, grade, and contact parents and students throughout my entire time on FMLA.

Mark

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Wednesday, April 27, 2022 10:44 AM
**To:** Cox, Beth <beth.cox@boone.kyschools.us>; Matt Smith <msmith@zslaw.com>; Ball, Eric R <eric.ball@boone.kyschools.us>; Turner, Matthew - Superintendent <matthew.turner@boone.kyschools.us>
**Subject:** Fw: Extra Days

Beth,

As a result of the cholecystectomy that I had in 2020, I have Postcholecystectomy Syndrome. This has caused the incessant diarrhea, abdominal pain, and vomiting/dry heaving that I have had since. I am having a procedure to block the nerves that are causing the abdominal pain and, hopefully, the vomiting/dry heaving on Friday, April 29th. Michael Kerner donated a sick day to me to cover Friday's absence. This is laparoscopic surgery, and I will be under anesthesia. Hopefully, the doctor will release me for work on Monday. I attached the scheduled surgery form.

In addition, I am formally requesting compensation for the work that I performed while on FMLA. From emails to time stamps in Canvas and the Google drive, I have more than enough documentation to prove that I continued to plan, grade, and contact parents and students throughout my entire time on FMLA.

Thank you,
Mark

**From:** Brannan, Carrie <carrie.brannan@boone.kyschools.us>
**Sent:** Wednesday, April 27, 2022 9:02 AM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Subject:** RE: Extra Days

Mark,
Thank you for getting back to me so quickly. You need to contact Beth Cox today. She will be able to discuss the FMLA side of things and may need documentation for the appointment on Friday in order to decide if it qualifies for FMLA. I received the donated sick day card via an email from Suzanne. I have to get it approved before I can apply the donated day. Beth is who I send the approval to which is why I am saying you need to contact Beth today and get that ball rolling.

I will make a note that you are working on May 17th. Please clock in with a comment "working day 10 of 10- YLP day"

I am so sorry that you are having to go through all of this. I have a good friend who fought and fought for a diagnosis. After several exploratory surgeries, they were finally diagnosed with Celiac. They have been able to make some lifestyle/diet alterations and are doing much better.

Thank you,
*Carrie Brannan*
Certified Payroll Bookkeeper

Boone County Schools
8330 U.S. Highway 42
Florence, KY 41042
☎ 859-282-3317 or **Ext**: 23317

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Wednesday, April 27, 2022 8:51 AM
**To:** Brannan, Carrie <carrie.brannan@boone.kyschools.us>
**Subject:** Re: Extra Days

Carrie,

Our YLP day was cancelled due to the passing of our principal, Julie Whitis. We are making this day up on May 17th. So, I will be clocking in on the 17th for my last extra day.

Also, I am having a procedure to block the celiac plexus nerves on Friday to stop the pain and, hopefully, stop the dry heaving. A colleague has donated a day so that I can have this procedure. I will be returning to work on Monday. Is there anything I need to do? I am still unclear about how many days I have left for FMLA.

Thank you,
Mark

**From:** Brannan, Carrie <carrie.brannan@boone.kyschools.us>
**Sent:** Wednesday, April 27, 2022 8:39 AM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Subject:** Extra Days

Mr. Dirksing,
In our previous communications you stated that you would be working your last extra day on 4/23 and I asked you to make sure that you clocked in for all extra days going forward. Upon a review of your timesheet I do not see that you clocked in on 4/23/22. Did you work or will you be working on a different day?

Thank you,
*Carrie Brannan*
Certified Payroll Bookkeeper
Boone County Schools
8330 U.S. Highway 42
Florence, KY 41042
☎ 859-282-3317 or **Ext**: 23317