## FMLA Leave

Dirksing, Mark <mark.dirksing@boone.kyschools.us>

Fri 3/18/2022 11:20 AM

To: Gels, Jerome A <jerome.gels@boone.kyschools.us>;Whitis, Julie <julie.whitis@boone.kyschools.us>;Noll, Brian <brian.noll@boone.kyschools.us>

Cc: Read, Kelly <kelly.read@boone.kyschools.us>

Jerry,

I am writing to inform you that I will no longer be doing any work while on my FMLA leave, as I have from January 21, 2022 until March 16, 2022. Throughout my FMLA leave, I have received little to no communication about my classes and my curriculum, though, I have been expected to continue to plan, grade, and communicate with students and parents. Due to this lack of communication from the administration of the Ignite Institute – Jerome Gels, Julie Whitis, and Brian Noll - and the expectations of the Boone County School District – Matthew Turner - to provide rigorous instruction to my students, I have had to continue working with my students despite my current FMLA leave and my chronic illness.

Sincerely,
Mark

# RE: Response from District Office

Matt Smith <msmith@zslaw.com>
Mon 5/16/2022 4:14 PM
To: Dirksing, Mark <mark.dirksing@boone.kyschools.us>

1 attachments (18 KB)
Employor_Employee Wages.docx;

**EXTERNAL MESSAGE**

Hello Mark,

Please find attached a summary that I prepared for you of state and federal law relative to the payment of wages.

I believe you are entitled to be paid for the time you worked.

You should contact the Kentucky Labor Department and speak with the Wage and Hour division. Kentucky aggressively pursues pay issues on behalf of employees. They will send an investigator up to talk with the school

They did implicitly confirm the ADA additional time off by saying they would grant additional time for your appointments, etc. I was very pleased with that.

Please let me know if you have any other questions. Thanks,

Matt

Z&S LAW

https://www.zslaw.com

Profile
www.zslaw.com/attorneys/matthew-c-smith

**Matthew C. Smith, Esq.**
**Partner**

**Office 859-426-1300**
**Direct 859-292-4269**
**Email msmith@zslaw.com**

**Notice: The information contained in this email message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please reply to the sender that you received the message in error, then delete it. Thank you.**

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Thursday, May 12, 2022 8:35 AM
**To:** Matt Smith <msmith@zslaw.com>
**Subject:** Response from District Office

Matt,

I am so sorry to keep bothering you today. There is no hurry on getting back to me, but I had a couple of questions about Eric Ball's response.

How do they determine that I "chose" to work? I did not choose to work. I was not provided an alternative to working until Don Black texted me on March 15 to call him. As a matter of fact, he called me on March 10 to make sure that my grades were submitted. I have texts, emails, and screen shots to prove this. I attached an email that clearly states my expectations from Jerry Gels, my principal. I believe that this is one of many emails, screen shots, and texts that prove that my FMLA rights have been violated.

Also, what in the world does my disability insurance have to do with Boone County and the compensation for work performed?

In addition, they did not confirm that I was protected under ADA. Forgive me, but I will not trust Eric Ball's word that they are willing to work with me.

Kim and I are so appreciative of the work you have done for us. Please let us know if we are over-stepping your kindness.

Thank you so much,
Mark