# Re: ADA Accommodation

Gels, Jerome A <jerome.gels@boone.kyschools.us>
Mon 1/8/2024 11:54 AM
To:Dirksing, Mark <mark.dirksing@boone.kyschools.us>;Noll, Brian <brian.noll@boone.kyschools.us>
Cc:Black, Don <don.black@boone.kyschools.us>

Mark -

We have informed the custodians regarding the bathroom mess that you have identified and have asked them to pay the space greater attention. A work order was placed with the second bathroom in that makerspace before break. We are contacting district maintence to see the status. We are marking it as an urgent issue now. Coming into this school year, I gave you a choice of two areas that we felt would be best to accommodate. You are still able to use the other space we recommended. If you would like to move classroom spaces to other areas we can immediately accomodate. Again, the advantage of the other area is that there are very few individual faculty members and no students using that facutly bathroom and it is in closer proximity to a teaching space. This allows better control of the space so that the issues you mentioned should hopefully occur less, if not at all. Please let me know if you would like to move to a more suitable location.

Regards,

Jerry

---

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Monday, January 8, 2024 11:14 AM
**To:** Noll, Brian <brian.noll@boone.kyschools.us>
**Cc:** Gels, Jerome A <jerome.gels@boone.kyschools.us>; Black, Don <don.black@boone.kyschools.us>
**Subject:** ADA Accommodation

Dear Mr. Gels, Mr. Black and Mr. Noll,

Per my ADA accommodations, I have access to a private bathroom which has been identified as one of the bathrooms in the Maker Space hallway. These bathrooms are being used by students that frequently leave these bathrooms with feces and blood on the toilet, toilet seat, and floor. In addition, since one of the two bathrooms has been out of service for over a month, there have been multiple times that a bathroom was not accessible to me during an episode. Given the symptoms of my illness, vomiting and IBS, I should not be constantly exposed to feces and blood while I am experiencing an episode.

Thank you for your attention to this matter,

Mark Dirksing

## Re: Bathrooms

Noll, Brian <brian.noll@boone.kyschools.us>
Fri 1/26/2024 10:31 AM
To:Dirksing, Mark <mark.dirksing@boone.kyschools.us>

Sorry Mark. This has been reported to the custodians.

I know you told me no earlier this week but is still an option to switch your classroom if you wish. Let me know if you change your mind.

Brian Noll, M.Ed.
Assistant Principal
Ignite Institute
37 Atlantic Avenue
Erlanger, KY 41018
P: 859-817-3570

---

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Friday, January 26, 2024 10:29 AM
**To:** Noll, Brian <brian.noll@boone.kyschools.us>
**Subject:** Bathrooms

I am just writing to inform you that I was just unable to use the bathroom because there was feces on the toilet in the bathroom on the left and a non-transgender student was using the other.
Thank you,
Mark

## Re: ADA Accomodation

Dirksing, Mark <mark.dirksing@boone.kyschools.us>
Wed 1/10/2024 12:04 PM
To:Noll, Brian <brian.noll@boone.kyschools.us>

Thank you!

---

**From:** Noll, Brian <brian.noll@boone.kyschools.us>
**Sent:** Wednesday, January 10, 2024 11:56 AM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Subject:** Re: ADA Accomodation

Hi Mark,

I just reported this to the custodians.

Brian Noll, M.Ed.
Assistant Principal
**Ignite Institute**
37 Atlantic Avenue
Erlanger, KY 41018
P: 859-817-3570

---

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Wednesday, January 10, 2024 11:55 AM
**To:** Noll, Brian <brian.noll@boone.kyschools.us>
**Subject:** ADA Accomodation

Brian,

There is blood on the toilet once again.

Mark