## Re: Student Council

Gels, Jerome A <jerome.gels@boone.kyschools.us>
Tue 10/26/2021 12:28 PM
To:Dirksing, Mark <mark.dirksing@boone.kyschools.us>
Cc:Isaacs, Jessica <jessica.isaacs@boone.kyschools.us>

Mark -

The stipend is yours. It is $1226

---

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Tuesday, October 26, 2021 10:02 AM
**To:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Cc:** Isaacs, Jessica <jessica.isaacs@boone.kyschools.us>
**Subject:** Student Council

Jerry,

It has been brought to my attention that you are discussing my personal health concerns and my status of my involvement as an extra-curricular co-chair of student council. Following your request to appoint me in this position, I believed that I was acting as sponsor of this organization. I have been investing my time and personal funds (over $200) in meetings and working with student council members for the past month and a half, with the understanding that I would be compensated with the appropriate Sponsor Stipend. If you are not going to deliver that stipend for student council, I will not be doing any more extra duty work for student council. In addition, I do not appreciate you discussing my personal health concerns with any of my colleagues and ask that you cease this action.

Mark

# Re: Student Council

Dirksing, Mark <mark.dirksing@boone.kyschools.us>
Wed 11/3/2021 11:20 AM
To:Gels, Jerome A <jerome.gels@boone.kyschools.us>

Jerry,

Would you be available to discuss this next Tuesday or Thursday? Kelly Read will be attending as my representative.

Thank you,
Mark

---

**From:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Sent:** Tuesday, October 26, 2021 1:29 PM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Subject:** Re: Student Council

We will need to discuss the stipend and responsibilities. Nothing is finalized though until the paperwork is submitted.
I do not think the way you choose to communicate in this email is the way I would recommend communicating to me in the future. There was no sharing of your personal health information. There is no co-sponsor. There is a sponsor of student council and a senior class sponsor. I envision those working together.

It would be good for us to speak at 2:05 today.

Regards,

Jerry Gels

---

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Tuesday, October 26, 2021 10:02 AM
**To:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Cc:** Isaacs, Jessica <jessica.isaacs@boone.kyschools.us>
**Subject:** Student Council

Jerry,

It has been brought to my attention that you are discussing my personal health concerns and my status of my involvement as an extra-curricular co-chair of student council. Following your request to appoint me in this position, I believed that I was acting as sponsor of this organization. I have been investing my time and personal funds (over $200) in meetings and working with student council members for the past month and a half, with the understanding that I would be compensated with the appropriate Sponsor Stipend. If you are not going to deliver that stipend for student council, I will not be doing any more extra duty work for student council. In addition, I do not appreciate you discussing my personal health concerns with any of my colleagues and ask that you cease this action.

Mark