# RE: Donated Days Eligibility Information

Ball, Eric R <eric.ball@boone.kyschools.us>
Tue 11/29/2022 3:37 PM
To:Dirksing, Mark <mark.dirksing@boone.kyschools.us>
Cc:Cox, Beth <beth.cox@boone.kyschools.us>;LeCates, Scott [KY] <Scott.LeCates@kea.org>

Mr. Dirksing,

Before scheduling a meeting it is imperative for us to understand the nature of the meeting to ensure that we are thoroughly prepared in the event a meeting is necessary. Please let us know what questions you may have regarding the communication you received from Ms. Cox.

Sincerely,
Eric Ball
Director – Human Resources
859-283-3210
Boone County Schools

#Boone2020

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee's or a person authorized to deliver it to the named addressee's. It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email so that our address record can be corrected.

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Monday, November 28, 2022 6:52 PM
**To:** Cox, Beth <beth.cox@boone.kyschools.us>; Scott.LeCates@kea.org
**Subject:** Re: Donated Days Eligibility Information

I would like to meet with you next Wednesday at 3:30 at your office. Scott LeCates will be joining as my representative.

Thank you,
Mark Dirksing

---

**From:** Cox, Beth <beth.cox@boone.kyschools.us>
**Sent:** Monday, November 28, 2022 3:34 PM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Subject:** Donated Days Eligibility Information

Mark,

I received notification from Carrie Brannan that payroll received donated days for you. Employees don't always know that they have received donated days which is why I reach out to the employee. Based on the KRS that defines the reasons an employee may receive donated days, you aren't eligible currently to receive donated days. See the KRS reference below:

KRS 161.155 defines the reasons an employee may receive donated days. Below is the excerpt from KRS 161.155 that defines the reasons a person may accept donated days.

- The teacher or employee or a member of his or her immediate family suffers from a medically certified illness, injury, impairment, or physical or mental condition that has caused or is likely to cause the teacher or employee to be absent for at least ten (10) days; or b.
- The teacher or employee suffers from a catastrophic loss to his or her personal or real property, due to either a natural disaster or fire, that either has caused or will likely cause the employee to be absent for at least ten (10) consecutive working days;

If you are in the need of leave request information or have questions, please let me know.

*Beth A. Cox*
Human Resources Benefits Specialist
Boone County Board of Education
8330 U.S. HWY 42
Florence, KY 41042
Phone: 859.282.2142
Fax: 859.282.2935
beth.cox@boone.kyschools.us

**Boone County Schools**

CONFIDENTIALLY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and privileged information protected by state and federal medical privacy statues. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended receipient, please contact the sender by reply e-mail (attaching the original message) and destroy all copies of the original message (including on your own computer and on any network to which your computer is connected).