## Re: English Meeting

Gels, Jerome A <jerome.gels@boone.kyschools.us>

Tue 5/7/2024 2:44 PM

To:Dirksing, Mark <mark.dirksing@boone.kyschools.us>;Black, Don <don.black@boone.kyschools.us>;Noll, Brian <brian.noll@boone.kyschools.us>

Mark -

Did you attempt to call Brady or one of the other English teachers in your department? If not, I would recommend that next time.

Thank you,

Jerry

Get [Outlook for iOS]

---

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Tuesday, May 7, 2024 2:33:48 PM
**To:** Gels, Jerome A <jerome.gels@boone.kyschools.us>; Black, Don <don.black@boone.kyschools.us>; Noll, Brian <brian.noll@boone.kyschools.us>
**Subject:** English Meeting

As our calendar indicates, we have an English Department meeting right now. No one informed me otherwise. I have spent the last 15 minutes looking for this meeting. It is nowhere to be found.

Mark

## Re: English PLC Feb. 6

Noll, Brian <brian.noll@boone.kyschools.us>
Thu 2/15/2024 1:53 PM
To:Dirksing, Mark <mark.dirksing@boone.kyschools.us>

Hi Mark,

Thanks for answering - I appreciate everything that you do for our Ignite scholars. I do want to make sure I understand, you did not communicate that you would be missing the PLC meeting on 2/6/24 to anybody in the English department?

The content meeting PLC's are sent as a calendar invite titled "Teacher Content Meetings" to everybody in the building. Jenni Kentrup sent these email invites to the entire staff in August. Let me know if you need her to send them to you again.

I do not have any emails from you or to you on November 10, but I felt like our conversations regarding this topic had reached a satisfactory conclusion. I am happy to schedule another meeting with you to discuss further if you feel like it is still necessary at this time.

Thank you,

Brian Noll, M.Ed.
Assistant Principal
**Ignite Institute**
37 Atlantic Avenue
Erlanger, KY 41018
P: 859-817-3570

---

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Thursday, February 15, 2024 1:25 PM
**To:** Noll, Brian <brian.noll@boone.kyschools.us>
**Subject:** Re: English PLC Feb. 6

Hi Brian,

I did not attend the English Department PLC on February 6, 2024. I was counseling an upset student until after 3:00 that afternoon. Elaine Dietz can confirm this.

As I have indicated to you previously, I continue to receive little to no communication from the English Department. Per our conversation on 11/10/23, you were supposed to schedule a meeting with me to discuss the lack of communication from the English Department.

Thank you,

Mark

---

**From:** Noll, Brian <brian.noll@boone.kyschools.us>
**Sent:** Thursday, February 15, 2024 10:10 AM

Case: 2:26-cv-00216-SCM Doc #: 1-17 Filed: 05/13/26 Page: 3 of 4 - Page ID#: 90

**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Subject:** English PLC Feb. 6

Hi Mark,

It has been reported to me that you did not attend the English PLC on February 6th and you did not communicate with the English team that you would be missing the meeting.

I just wanted to check and see if this is accurate?

Thank you,

Brian Noll, M.Ed.
Assistant Principal
**Ignite Institute**
37 Atlantic Avenue
Erlanger, KY 41018
P: 859-817-3570

## Meeting

Dirksing, Mark <mark.dirksing@boone.kyschools.us>

Tue 4/16/2024 2:32 PM

To:Black, Don <don.black@boone.kyschools.us>;Gels, Jerome A <jerome.gels@boone.kyschools.us>;Noll, Brian <brian.noll@boone.kyschools.us>

I am sitting in Nicci's room where an English Department meeting is supposed to be, but it isn't. Just letting everyone know that I am here.

Mark