# Re: Early Departure

Dirksing, Mark <mark.dirksing@boone.kyschools.us>

Tue 2/27/2024 5:40 AM

To:Gels, Jerome A <jerome.gels@boone.kyschools.us>

Jerry,

Kim got sick during 5th period yesterday. Since I cannot drive due to the neck surgery, I had to leave with her.

Mark

---

**From:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Sent:** Monday, February 26, 2024 2:55 PM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>; Noll, Brian <brian.noll@boone.kyschools.us>
**Subject:** Early Departure

Mark -

I was informed that you left early today. We are flexible with your planning period, but you need to let us know when you are leaving before the end of the school day.

Jerry

Re: Early Departure

Noll, Brian <brian.noll@boone.kyschools.us>
Tue 2/27/2024 8:32 AM
To:Dirksing, Kim <kim.dirksing@boone.kyschools.us>;Gels, Jerome A <jerome.gels@boone.kyschools.us>;Black, Don <don.black@boone.kyschools.us>

I hope you feel better Kim!

Brian Noll, M.Ed.
Assistant Principal

37 Atlantic Avenue
Erlanger, KY 41018
P: 859-817-3570

**From:** Dirksing, Kim <kim.dirksing@boone.kyschools.us>
**Sent:** Tuesday, February 27, 2024 5:01 AM
**To:** Gels, Jerome A <jerome.gels@boone.kyschools.us>; Black, Don <don.black@boone.kyschools.us>; Noll, Brian <brian.noll@boone.kyschools.us>
**Subject:** Re: Early Departure

Jerry, Don, and Brian,

Yes, I left a little after 2:00 yesterday afternoon because I got sick in the bathroom toward the end of 5th period and continued to feel worse throughout 6th period. In the event that this happens again, I will make sure to notify administration immediately.

Kim

**From:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Sent:** Monday, February 26, 2024 3:00 PM
**To:** Dirksing, Kim <kim.dirksing@boone.kyschools.us>; Black, Don <don.black@boone.kyschools.us>
**Subject:** Early Departure

Kim -

I was informed that you left early today. I know you normally let us know in the event that you have to leave before 3:00, so I hope everything is ok. Please, if you need to leave before 3:00 let Don know.

Jerry

Re: Early Dismissal

Noll, Brian <brian.noll@boone.kyschools.us>
Wed 2/28/2024 11:27 AM
To:Dirksing, Kim <kim.dirksing@boone.kyschools.us>;Gels, Jerome A <jerome.gels@boone.kyschools.us>;Black, Don <don.black@boone.kyschools.us>

Thanks Kim. I hope Mark gets some relief soon.

Brian Noll, M.Ed.
Assistant Principal

37 Atlantic Avenue
Erlanger, KY 41018
P: 859-817-3570

**From:** Dirksing, Kim <kim.dirksing@boone.kyschools.us>
**Sent:** Wednesday, February 28, 2024 11:18 AM
**To:** Noll, Brian <brian.noll@boone.kyschools.us>; Gels, Jerome A <jerome.gels@boone.kyschools.us>; Black, Don <don.black@boone.kyschools.us>
**Subject:** Re: Early Dismissal

Since Mark got sick this morning and I had to take him home, I will not be leaving today at 1:45. He will reschedule his surgery follow-up for another day.

Thank you,

Kim

**From:** Noll, Brian <brian.noll@boone.kyschools.us>
**Sent:** Tuesday, February 27, 2024 8:33 AM
**To:** Dirksing, Kim <kim.dirksing@boone.kyschools.us>; Gels, Jerome A <jerome.gels@boone.kyschools.us>; Black, Don <don.black@boone.kyschools.us>
**Subject:** Re: Early Dismissal

Hi Kim,

Thanks for letting us know. I hope everything goes well for Mark.

Brian Noll, M.Ed.
Assistant Principal

37 Atlantic Avenue
Erlanger, KY 41018
P: 859-817-3570

**From:** Dirksing, Kim <kim.dirksing@boone.kyschools.us>
**Sent:** Tuesday, February 27, 2024 5:54 AM
**To:** Gels, Jerome A <jerome.gels@boone.kyschools.us>; Black, Don <don.black@boone.kyschools.us>; Noll, Brian

<brian.noll@boone.kyschools.us>
**Subject:** Early Dismissal

Dear Jerry, Don, and Brian,

I am writing to notify you that I will need to leave at 2:40 today and 1:45 tomorrow to take Mark to doctors' appointments. Due to the neck surgery, he is unable to drive. We will be back in time for the faculty meeting tomorrow, Wednesday, February 28th.

Kim