# FW: Leave Request Form & more

Ball, Eric R <eric.ball@boone.kyschools.us>
Fri 5/5/2023 12:07 PM
To:Dirksing, Mark <mark.dirksing@boone.kyschools.us>
Cc:Cox, Beth <beth.cox@boone.kyschools.us>

Mr. Dirksing,

I am writing regarding clarification of your current leave of absence. As was stated in the email you received on Friday April 28th, your two options were to return to work on Monday May 1st or take the remainder of the year off. Because you did not return on Monday May 1st the District is forced to assume that you will be taking the remainder of the year off. This continuous leave is supported by Board policy 03.1234. Therefore, you are not required to complete any duties related to your teaching position for the remainder of the 2022-23 school-year. All grading and planning will be taken care of by another employee as assigned by Mr. Gels.

Before returning for the 2023-2024 school-year you will need to submit a letter from your physician stating that you are able to return to your regular teaching duties without restrictions or consult with Human Resources if restrictions are indicated by your physician to ensure that those restrictions can be accommodated.

Sincerely,
Eric Ball
Director – Human Resources
859-283-3210
Boone County Schools

#Boone2020

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee's or a person authorized to deliver it to the named addressee's. It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email so that our address record can be corrected.

**From:** Ball, Eric R
**Sent:** Friday, April 28, 2023 8:49 AM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Cc:** Cox, Beth <beth.cox@boone.kyschools.us>
**Subject:** RE: Leave Request Form & more

Mr. Dirksing,

I hope that you are healing well from your recent procedure.

I wanted to provide clarification regarding the conversation you referenced with Ms. Cox. The statement regarding the possibility to return to work prior to the end of the year is correct, as long as you return prior to the last day without pay that was approved by Mr. Turner. Based on your request, and the approval of Mr. Turner, your last approved day without pay was yesterday. Therefore, the options communicated to you by Ms. Cox are correct.

The District has repeatedly provided you with additional leave days at your request. As of today, the District has provided a total of 29 additional days of non-FMLA leave to you this year. In addition to the non-FMLA leave we have provided additional accommodations including proximity to a faculty restroom. To put it in perspective, you have been absent 60 out of the 157 student instructional days this school year. Each time you have approached the District asking for more time this year, the District has provided it to you based on your representations that, in the long term, you would be able to return to your classroom. As you know, this has not been the case. The inconsistency has caused significant disruption at Ignite and has directly affected the educational experience of your students. Nearly all of your absences have been intermittent and unplanned, causing a last-minute response by the Ignite administration to cover your classes. Thus, while we sympathize with the medical struggles you have endured, the District cannot provide you with additional leave days. As Ms. Cox stated in both her phone call with you and the below email, you either need to return to work on 5/1 with a medical release from Dr. Van Haren or take a leave of absence for the remainder of the year.

Sincerely,
Eric Ball
Director – Human Resources
859-283-3210
Boone County Schools

#Boone2[illegible]20

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee's or a person authorized to deliver it to the named addressee's. It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email so that our address record can be corrected.

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Wednesday, April 26, 2023 12:39 PM
**To:** Cox, Beth <beth.cox@boone.kyschools.us>; LeCates, Scott [KY] <Scott.LeCates@kea.org>; Read, Kelly <kelly.read@boone.kyschools.us>
**Cc:** Ball, Eric R <eric.ball@boone.kyschools.us>
**Subject:** Re: Leave Request Form & more

Beth,

Per our phone conversation on April 19th, you told me that I would be able to return to school before the end of the year with a release from my doctor. At that point, I told you that I thought I would be off for another two weeks. You told me that this would be possible with a medical release from Dr. Van Haren since the paperwork submitted by his office indicated I would be out for 6 weeks due to the

surgery and recovery related to my disability. In this email, you are stating that I have to come back to school on April 28th or take the rest of the school year off. I'm confused as to what has changed between last Wednesday and today.

Mr. Ball, my original request was for 2 weeks with 4 extra days for doctor's appointments, thinking that my recovery would be quicker than it has been. When the surgery was scheduled, they were aware of a hiatal hernia (caused by the vomiting) that needed to be fixed during the fundoplication surgery. What they were unaware of, were the tears in my diaphragm that resulted from the 2 ½ years of incessant vomiting. As I indicated to Beth Cox during our April 19th conversation, I am planning on coming back to school on May 10th. Throughout my recovery period, I have planned my classes and are planned for the next two weeks. The lesson are available to my students on Canvas.

Please clarify a discrepancy in communication.

Thank you,

Mark Dirksing

**From:** Cox, Beth <beth.cox@boone.kyschools.us>
**Sent:** Wednesday, April 26, 2023 11:54 AM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Cc:** Ball, Eric R <eric.ball@boone.kyschools.us>
**Subject:** RE: Leave Request Form & more

Mark,

I wanted to follow up with you regarding your leave of absence. You have absences entered for 4/24/23 – 4/28/23 for a total of 5 unpaid days which exceeds the additional 4 days that were granted for follow up appointments from Mr. Turner. I will update the 4/24/23 – 4/27/23 to Non FMLA to count for the 4 days granted. However, at this time, your only options now would be to take the remainder of the year off or be release from doctor to return to work on, Friday, 04/28/23. Please let me know which of these options you will be pursing.

*Beth A. Cox*
Human Resources Benefits Specialist
Phone: 859.282.2142
Fax: 859.282.2935
beth.cox@boone.kyschools.us

**From:** Cox, Beth
**Sent:** Wednesday, April 19, 2023 3:27 PM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Cc:** Ball, Eric R <eric.ball@boone.kyschools.us>
**Subject:** Leave Request Form & more

Mark,

To follow up after our phone conversation, I have attached the leave request form for you to complete and return for the remainder of the school year. You stated you would be seeing the doctor on Tuesday to determine if you would be released to return before the end of the year or not before sending back this form.

Reminder: A return to work note will be required to before returning to work prior to return date; if there are restrictions to return, the restrictions must be listed on the note or the note must state return without restrictions or no restrictions.

I also updated your "day without pay" absences from 4/10/2023 – 4/21/2023 to "Non FMLA" unpaid days per the approval of Mr. Turner.

*Beth A. Cox*
Human Resources Benefits Specialist
Boone County Board of Education
8330 U.S. HWY 42
Florence, KY 41042
Phone: 859.282.2142
Fax: 859.282.2935
beth.cox@boone.kyschools.us

**Boone County Schools**

CONFIDENTIALLY NOTICE: This message, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and privileged information protected by state and federal medical privacy statues. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended receipient, please contact the sender by reply e-mail (attaching the original message) and destroy all copies of the original message (including on your own computer and on any network to which your computer is connected).