Case: 2:26-cv-00216-SCM Doc #: 1-20 Filed: 05/13/26 Page: 1 of 1 - Page ID#: 100
Exhibit 13

Outlook

## Re: Propped Door

**From** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Date** Fri 9/13/2024 7:52 AM
**To** Noll, Brian <brian.noll@boone.kyschools.us>

I just looked to show Ms. Reinhart. It has been fixed. The door is closed.
Thank you,
Mark

---

**From:** Dirksing, Mark
**Sent:** Friday, September 13, 2024 7:50 AM
**To:** Noll, Brian <brian.noll@boone.kyschools.us>
**Subject:** Propped Door

While walking this morning, I noticed that there is a door that is propped open with a string to a post. I reported this to Chris Browning who said that Officer Charlie and Don Black were aware of it. I just wanted to report this to you in writing.

Thank you,
Mark Dirksing