Outlook

## Re: Meeting

**From** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Date** Fri 10/25/2024 5:36 PM
**To** Gels, Jerome A <jerome.gels@boone.kyschools.us>; Hauswald, Jeff - Superintendent <jeff.hauswald@boone.kyschools.us>

Mr. Gels,

My attorney, Steve Imm, will be in contact with Olivia Amlung to schedule this meeting.

Sincerely,
Mark

---

**From:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Sent:** Tuesday, October 22, 2024 1:30 PM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>; Hauswald, Jeff - Superintendent <jeff.hauswald@boone.kyschools.us>
**Subject:** Re: Meeting

Mr. Dirksing,

To review, the purpose of this meeting is just an informal conversation, not discipline. As a principal, I do not discipline teachers. This is clearly stated in the contract. Only the Superintendent can discipline

teachers. However, if you feel the need to consult an attorney, this is your right. As the principal of the school, I am entitled to have conversations with employees to review events and expectations. You acted unprofessionally on Friday with the resource officer and we need to address reporting expectations regarding school safety. I have an obligation, as the principal of this school, to have an educational not disciplinary, conversation with you around the events and my expectations moving forward. I stated previously that you are allowed to have a representative at the meeting but I have set boundaries for participation. The participant may act as an observer. After you consult with your attorney, let me know by the end of the day on Friday if you are bringing an attorney. If so, I will need to coordinate the meeting time with our district's attorney. I look forward to hearing from you. If you are not having an attorney present we will meet Monday 2:45 p.m.

Sincerely,

Jerry Gels

---

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Tuesday, October 22, 2024 9:13 AM
**To:** Gels, Jerome A <jerome.gels@boone.kyschools.us>; Hauswald, Jeff - Superintendent <jeff.hauswald@boone.kyschools.us>
**Subject:** Re: Meeting

Mr. Gels,

In the email that you sent on 10/21/24 at 3:59 P.M., you stated that

*When a teacher is required to appear formally before the superintendent or designee concerning any matter, which could adversely affect the teachers employment, the teachers position, or the teacher's*

*salary, the teacher shall be entitled to have present a representative of his/her choice from the local association.*

This wording indicates the nature of this meeting. I will have my legal representation review the email correspondence and I set up a meeting with you with my legal counsel present once the information has been reviewed.

Sincerely,
Mark Dirksing

---

**From:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Sent:** Tuesday, October 22, 2024 9:00 AM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>; Hauswald, Jeff - Superintendent <jeff.hauswald@boone.kyschools.us>
**Subject:** Re: Meeting

Mark -

I am not the Superintendent, nor am I the superintendent designee. I am likewise not allowed to discipline as a Principal. We are going to have a conversation today at 3:15 p.m., for which you have requested and been permitted to have Fr. Don Rettig, a priest, to observe and but not participate in the meeting. I will see you at 3:15 p.m.

Sincerely,

Jerome Gels

---

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Tuesday, October 22, 2024 8:36 AM

**To:** Gels, Jerome A <jerome.gels@boone.kyschools.us>; Hauswald, Jeff - Superintendent <jeff.hauswald@boone.kyschools.us>
**Subject:** Re: Meeting

Dear Mr. Gels,

According to your email sent at 3:59 P.M. on 10/21/24 ,

*Mark -*

*According to the current BCEA contract in affect, section 2.3. When a teacher is required to appear formally before the superintendent or designee concerning any matter, which could adversely affect the teachers employment, the teachers position, or the teacher's salary, the teacher shall be entitled to have present a representative of his/her choice from the local association.*

*Having said that, I will allow Fr. Don Rettig to attend the meeting as an observer. However, he will not be able to participate in the discussion.*

*I will see you tomorrow at 3:15 p.m.*

*Jerry*

As the contract states,

**2.3** **<u>REPRESENTATION</u>**

A. *<u>Rights of Representation</u>*

When a teacher is required to appear formally before the Superintendent or Designee concerning any matter which could adversely affect the teacher's employment, the teacher's position, or the teacher's salary, the teacher shall be entitled to have present a representative of his/her choice from the local Association. Further, when a teacher is required to appear before the Superintendent or Designee, the teacher shall be advised in writing of the reasons for the requirement at least 5 business days prior to the meeting. Formally is defined as specific written charges against a teacher. The teacher/administrator may request, by placing it in writing, all documents that will be used during the hearing. No less than 24 hours will be given to review the documentation. In the event that the teacher needs additional time to review and gather supporting documentation, an additional 24 hours may be granted by mutual agreement of both parties.

Since I am being required to appear before the Superintendent or Designee (you or another District employee), I shall be advised in writing of the reasons behind this requirement at least 5 business days prior to the meeting. I would also like to formally request all documents that will be used during the meeting. I will review these documents with my attorney, and we will get back to you.

Regards,

Mark

---

**From:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Sent:** Monday, October 21, 2024 3:59 PM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Subject:** Re: Meeting

Mark -

According to the current BCEA contract in affect, section 2.3. When a teacher is required to appear formally before the superintendent or designee concerning any matter, which could adversely affect the teachers employment, the teachers position, or the teacher's salary, the teacher shall be entitled to have present a representative of his/her choice from the local association.

Having said that, I will allow Fr. Don Rettig to attend the meeting as an observer. However, he will not be able to participate in the discussion.

I will see you tomorrow at 3:15 p.m.

Jerry

---

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Monday, October 21, 2024 2:34 PM
**To:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Subject:** Re: Meeting

Jerry,

According to Article 2, section 6 A of the contract:

When a teacher is required to meet with their supervisor concerning any matter which could lead to disciplinary action, the teacher shall be entitled to have a representative present of his/her choice. Further, when a teacher is required to meet with their supervisor, the teacher shall be advised in writing of the reason for meeting at least 24 hours prior to the meeting, unless the

matter is a concern of school or community safety or pertains to a matter that must be resolved in 24 hours.

Regards,
Mark

---

**From:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Sent:** Monday, October 21, 2024 2:08 PM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Subject:** Re: Meeting

Mark -

Can you please provide some context as to why Fr. Don Rettig would need to attend? As a practice, the district does not permit unaffiliated, uninvolved individuals to attend employment meetings.

Having said that I am available to meet at 3:15 p.m. as you requested.

Sincerely,

Jerry

---

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Monday, October 21, 2024 12:26 PM
**To:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Subject:** Re: Meeting

Fr. Rettig is conducting a funeral and will not be able available until 3:00-3:15.

---

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Monday, October 21, 2024 12:14 PM
**To:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Subject:** Re: Meeting

My representation will be Fr. Don Rettig.

Regards,
Mark

---

**From:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Sent:** Monday, October 21, 2024 11:57 AM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Subject:** Re: Meeting

Mark -

No problem. We will need to meet tomorrow at 2:30 p.m at 10/21/2024. to address the following items:

1. Professionalism
2. Procedural concern

Please inform us if you will be attending with representation and who that will be.

Regards,

Jerry

---

**From:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Sent:** Monday, October 21, 2024 11:43 AM

**To:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Subject:** Re: Meeting

Mr. Gels,

According to Article 2, section 6 A of the contract:

When a teacher is required to meet with their supervisor concerning any matter which could lead to disciplinary action, the teacher shall be entitled to have a representative present of his/her choice. Further, when a teacher is required to meet with their supervisor, the teacher shall be advised in writing of the reason for meeting at least 24 hours prior to the meeting, unless the matter is a concern of school or community safety or pertains to a matter that must be resolved in 24 hours.

Regards,
Mark

---

**From:** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Sent:** Monday, October 21, 2024 11:39 AM
**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>
**Cc:** Black, Don <don.black@boone.kyschools.us>; Noll, Brian <brian.noll@boone.kyschools.us>
**Subject:** Meeting

Mark -

I need to meet with you today at 2:10 p.m. to address a few items. If you would prefer to meet tomorrow at 7:45 a.m. we can do that instead. Please let me know by 1:00 p.m. today what you

Case: 2:26-cv-00216-SCM Doc #: 1-21 Filed: 05/13/26 Page: 10 of 10 - Page ID#: 110

prefer.

Regards,

Jerry Gels