Exhibit 15

Outlook

## Re: Items

**From** Gels, Jerome A <jerome.gels@boone.kyschools.us>
**Date** Tue 1/7/2025 10:16 AM
**To** Dirksing, Mark <mark.dirksing@boone.kyschools.us>; McArtor, Eric <eric.mcartor@boone.kyschools.us>; Ball, Eric R <eric.ball@boone.kyschools.us>

Mr. Dirksing,

With a new teacher taking over your room for the rest of the semester we have removed your items and safely placed them in boxes in the faculty room.

We are only able to release those items to you at this time.
Let us know when you would like to retrieve those items we can arrange for that, the items will have to be removed once construction plans begin for the space. We are not sure on the timeline, it could be as early as mid February though.

Regards,

Jerry

---

**From:** Gels, Jerome A
**Sent:** Monday, December 23, 2024 2:36 PM

**To:** Dirksing, Mark <mark.dirksing@boone.kyschools.us>; McArtor, Eric <eric.mcartor@boone.kyschools.us>; Ball, Eric R <eric.ball@boone.kyschools.us>
**Subject:** Items

Mr. Dirksing,

The school has your room key and badge.  With a new teacher taking over your room for the rest of the semester we have removed your items and safely placed them in boxes in the faculty room.

If you would like to retrieve those items we can arrange for that after the break.  If you'd prefer to leave them  there until construction starts that is ok as well.

Regards,

Jerome Gels

Get Outlook for iOS