EXHIBIT 16

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>EEOC<br>FEPA | Agency(ies) Charge No(s):<br>473-2023-02217 |
|---|---|---|
| Kentucky Commission On Human Rights<br>*State or local Agency, if any* | | and EEOC |

| I Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)* | Home Phone | Year of Birth |
|---|---|---|
| Mr. Mark R. Dirksing | 859-689-2829 | |
| Street Address<br>2582 Sterling Trace<br>BURLINGTON, KY 41005 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| BOONE COUNTY SCHOOLS | 501+ Employees | (859) 282-2374 |
| Street Address<br>8330 US 42<br>FLORENCE, KY 41042 | | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Disability | 10/01/2021 | 06/01/2023 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

On or about August 1, 2009, I was hired as an English Teacher by Boone County School District. This is my most recent position.

In or around October 2021, I notified my employer of my disability and I requested to take leave as a reasonable accommodation. The respondent granted my reasonable accommodation. From the time I notified the respondent, until present day, I have been harassed by Jerome Gels (Jerry) about my disability. Jerry talks about me and my disability to my co-workers on a regular basis. In or around October 2021, he told a co-worker I was denied a student council position because of my health. In or around December 2022, while discussing an action I may not have agreed to concerning my classroom with another co-worker, he told my co-worker "He can throw up or whatever he does". In early 2022, Jerry Gels intimidated co-workers to not participate in or contribute to a fundraiser for me. In early 2023, Jerry tried to talk co-workers out of donating me leave. In or around May 2023, I was denied a reasonable accommodation and denied the opportunity to return to work for the 2022/ 2023 school year.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mr. Mark R. Dirksing**<br>**09/07/2023**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>EEOC<br>FEPA | Agency(ies) Charge No(s):<br>473-2023-02217 |
|---|---|---|

**Kentucky Commission On Human Rights** and EEOC

*State or local Agency, if any*

I believe I was discriminated against due to my disability and retaliated against for my protected activity in violation of The Americans with Disability Act of 1990, as amended.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mr. Mark R. Dirksing**<br>**09/07/2023**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |